# FORM U-4
## UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER

*If there is an amendment to this page, complete only Items 1, 2, 3, 4 and Items being amended.*

**① LAST NAME:** Callan  **JR./SR. etc.:**  **FIRST NAME:** Trevor  **MIDDLE NAME (SPECIFY IF NONE):** Michael  **② APPLICANT'S CRD #:**  **SOC. SEC. #:** [REDACTED]

**③ FIRM CRD #:** 007691  **④ FIRM NAME** (Do not include this employment under item 19, page 2): MERRILL LYNCH, PIERCE, FENNER & SMITH INC.  **APPLICANT'S NFA #:** N/A

**FIRM NFA #:** 0001062  **⑤ EMPLOYMENT DATE:** 02-24-94

**⑥ FIRM MAIN ADDRESS:** WORLD FINANCIAL CENTER  **STREET:** 250 VESEY  **CITY:** NEW YORK  **STATE:** NY  **ZIP:** 10281

**⑦ BRANCH I.D. #:** 050231  **OFFICE OF EMPLOYMENT ADDRESS STREET:** 7825 Fay Avenue  **CITY:** La Jolla  **STATE:** Ca  **ZIP:** 92037

**⑧** Will applicant maintain registration with another Broker-Dealer not under common ownership or control with the firm named in Item 4 above? ☐ Yes ☒ No
(If "Yes", list in item 19)
If "Yes", has/have the firm(s) been contacted? ☐ Yes ☐ No

**⑨** Will applicant maintain multiple registrations with Broker-Dealers under common ownership or control with the firm named in Item 4 above? ☐ Yes ☒ No
If "Yes", fill in information below:
Firm CRD # _____ Name of Firm _____
Firm CRD # _____ Name of Firm _____
Firm CRD # _____ Name of Firm _____

**⑩ TO BE REGISTERED WITH THE FOLLOWING:**

**SRO:** ☒ ASE  ☐ BSE  ☒ CBOE  ☐ CSE  ☐ MSE  ☒ NASD  ☐ NFA  ☒ NYSE  ☐ PHLX  ☐ PSE  ☐ OTHER (Specify) _____

**JURISDICTION:**
☐ AK ☐ AL ☐ AR ☐ AZ ☒ CA ☐ CO ☐ CT ☐ DC ☐ DE ☐ FL ☐ GA ☐ HI ☐ IA
☐ ID ☐ IL ☐ IN ☐ KS ☐ KY ☐ LA ☐ MA ☐ MD ☐ ME ☐ MI ☐ MN ☐ MO ☐ MS
☐ MT ☐ NC ☐ ND ☐ NE ☐ NH ☐ NJ ☐ NM ☐ NV ☐ NY ☐ OH ☐ OK ☐ OR ☐ PA
☐ RI ☐ SC ☐ SD ☐ TN ☐ TX ☐ UT ☐ VA ☐ VT ☐ WA ☐ WI ☐ WV ☐ WY ☐ PR
☐ All Jurisdictions. (Check In Lieu Of Each Individual Box).

**⑪ TYPE OF EXAMINATION/REGISTRATION REQUESTED** (check all applicable categories)

| | | |
|---|---|---|
| ☐ S-3 | Commodity Futures Examination | |
| ☐ S-4 (OP) | Registered Options Principal | |
| ☐ S-5 | Interest Rate Options Examination | |
| ☐ S-6 (IR) | Investment Company and Variable Contracts Products Representative | |
| ☒ S-7 (GS) | Full Registration/General Securities Representative | |
| ☐ S-7 (TR) | Securities Trader (NYSE) | |
| ☐ S-7 (TS) | Trading Supervisor (NYSE) | |
| ☐ S-8 (SU) | General Securities Sales Supervisor | |
| ☐ S-8 (BM) | Branch Office Manager (NYSE) | |
| ☐ S-11 (AR) | Assistant Representative/Order Processing | |
| ☐ S-15 (FC) | Foreign Currency Options | |
| ☐ S-16 (SA) | Supervisory Analyst | |
| ☐ S-22 (DR) | Direct Participation Program Representative | |
| ☐ S-24 (GP) | General Securities Principal | |
| ☐ S-26 (IP) | Investment Company and Variable Contracts Products Principal | |
| ☐ S-27 (FN) | Financial and Operations Principal | |
| ☐ S-28 (FI) | Introducing Broker-Dealer/Financial and Operations Principal | |

☐ S-39 (DP) Direct Participation Program Principal
☐ S-42 (OR) Options Representative
☐ S-52 (MR) Municipal Securities Representative
☐ S-53 (MP) Municipal Securities Principal
☐ S-62 (CS) Corporate Securities Representative
☒ S-63 Uniform Securities Agent State Law Examination
☐ S-65 Uniform Investment Advisor Law Examination
☒ (AG) Agent
☐ (RG) Government Securities Representative
☐ (PG) Government Securities Principal
☐ (ME) Member Exchange (NYSE)
☐ (LE) Securities Lending Representative (NYSE)
☐ (LS) Securities Lending Supervisor (NYSE)
☐ (AM) Allied Member (NYSE)
☐ (AP) Approved Person (NYSE)
☐ (AI) Agent of the Issuer
☐ Reschedule Exam Series _____
☐ Other _____

**THIS PORTION MUST BE COMPLETED FOR ALL PARTIAL (TRANSFER OR RE-REGISTRATION) FILINGS**

**⑫ APPLICANT'S CURRENT ADDRESS:** [REDACTED]  **FROM MONTH:** 02  **YEAR:** 94

**FIRM(S) APPLICANT IS TRANSFERRING FROM:** Smith Barney Shearson  **TERMINATION DATE (Mo/Day/Yr.):** 09/03/93

☐ ◀ CHECK IF THIS U-4 IS BEING FILED TO MAKE PERMANENT A TEMPORARY REGISTRATION (TAT).

The appropriate signatory area *DOES NOT* have to be completed *UNLESS* this page is being submitted as an amendment.

MONTH  DAY  YEAR   SIGNATURE OF APPROPRIATE SIGNATORY _____

TYPE OR PRINT NAME OF APPROPRIATE SIGNATORY _____   CRD USE ONLY

Rev. Form U-4 (11/91)  PAGE 1

**FORM U-4**
**UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER**
*If there is an amendment to this page, complete only Items 13, 14 and the Items being amended.*

| ⑬ FIRM CRD # | 007691 | SOCIAL SECURITY # | ■■■■ | APPLICANT'S CRD # | 2280106 |
|---|---|---|---|---|---|
| FIRM NFA # | 0001062 | | | APPLICANT'S NFA # | N/A |

### PERSONAL DATA

| ⑭ LAST NAME | JR./SR., etc. | FIRST NAME | MIDDLE NAME | ⑮ OTHER NAMES KNOWN BY |
|---|---|---|---|---|
| CALLAN | | TREVOR | MICHAEL | |

| ⑯ DATE OF BIRTH (Month, Day, Year) | ⑰ SEX | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|
| ■■ 71 | M | 5'9" | 160 | Brn | Hazel |

### RESIDENTIAL HISTORY

⑱ GIVE ALL ADDRESSES FOR THE PAST FIVE YEARS, STARTING WITH CURRENT ADDRESS.

| STREET | CITY | STATE | ZIP | FROM MONTH YEAR | TO MONTH YEAR |
|---|---|---|---|---|---|
| ■■■ REDACTED ■■■ | | | | | |

### EMPLOYMENT AND PERSONAL HISTORY

⑲ ACCOUNT FOR ALL TIME FOR THE PAST TEN YEARS. Give all employment experience starting with your previous employer and working back ten years. Include full and part-time work, self-employment, military service, unemployment and full-time education. (If this page is being filed as part of a Form BD, start with your present employer instead.)

| NAME / CITY | STATE | FROM MO/YR | TO MO/YR | POSITION HELD |
|---|---|---|---|---|
| NAME: SMITH BARNEY SHEARSON / CITY: LA JOLLA | CA | 01/92 | 09/93 | PART TIME BROKER ASSISTANT |
| NAME: SAN DIEGO STATE UNIVERSITY / CITY: SAN DIEGO | CA | 07/89 | PRESENT | FULL TIME STUDENT |
| NAME: CANYON HIGH SCHOOL / CITY: ANAHEIM | CA | 08/86 | 08/89 | FULL TIME STUDENT |
| NAME: EL RANCHO JUNIOR HIGH / CITY: ANAHEIM | CA | 08/83 | 08/86 | FULL TIME STUDENT |

⑳ Are you currently engaged in any other business (not shown above) either as a proprietor, partner, officer, director, trustee, employee, agent or otherwise?
☐ YES  ☒ NO  If "YES", please explain below:

The appropriate signatory area *DOES NOT* have to be completed *UNLESS* this page is being submitted as an amendment.

| MONTH | DAY | YEAR | SIGNATURE OF APPROPRIATE SIGNATORY |
|---|---|---|---|
| | | | |

TYPE OR PRINT NAME OF APPROPRIATE SIGNATORY

CRD USE ONLY

Rev. Form U-4 (11/91)                                            PAGE 2

EXHIBIT D -- REDACTED

ML001035

| | | | | |
|---|---|---|---|---|
| ㉑ FIRM CRD #  007691 | FIRM NFA #  0001062 | SOCIAL SECURITY #  [redacted] | APPLICANT'S CRD # | APPLICANT'S NFA #  N/A |

**IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IS "YES" AND YOU CANNOT UTILIZE THE CERTIFICATION IN ITEM 22O BELOW, ATTACH COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON DRP(S)**

㉒ **DEFINITIONS**
- **Charged** — Accused of a crime in a formal complaint, information, or indictment.
- **Investment or Investment-Related** — Pertaining to securities, commodities, banking, insurance, or real estate (including, but not limited to acting as or being associated with a broker-dealer, investment company, investment adviser, futures sponsor, bank, or savings and loan association).
- **Involved** — Doing an act or aiding, abetting, counseling, commanding, inducing, conspiring with or failing reasonably to supervise another in doing an act.
- **Foreign Financial Regulatory Authority** — includes (A) a foreign securities authority; (B) other governmental body or foreign equivalent of a self-regulatory organization empowered by a foreign government to administer or enforce its laws relating to the regulation of investment or investment-related activities; or (C) membership organization, a function of which is to regulate the participation of its members in the activities listed above.

| | YES | NO | |
|---|---|---|---|
| 22A. Have you been convicted of or plead guilty or nolo contendere ("no contest") in a domestic or foreign court to: | | | |
| (1) a felony or misdemeanor involving: investments or an investment-related business, fraud, false statements or omissions, wrongful taking of property, or bribery, forgery, counterfeiting or extortion? | ☐ | ☒ | 1 |
| (2) gambling? | ☐ | ☒ | 2 |
| (3) any other felony? | ☐ | ☒ | 3 |
| B. Have you, or an organization over which you exercised management or policy control, ever been charged with any felony or charged with a misdemeanor specified in question A(1) or (2) in a domestic or foreign court? | ☐ | ☒ | 4 |
| C. Has any domestic or foreign court ever: | | | |
| (1) enjoined you in connection with any investment-related activity? | ☐ | ☒ | 5 |
| (2) found that you were involved in a violation of investment-related statutes or regulations? | ☐ | ☒ | 6 |
| D. Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever: | | | |
| (1) found you to have made a false statement or omission? | ☐ | ☒ | 7 |
| (2) found you to have been involved in a violation of investment-related regulations or statutes? | ☐ | ☒ | 8 |
| (3) found you to have been a cause of an investment-related business having its authorization to do business denied, suspended, revoked, or restricted? | ☐ | ☒ | 9 |
| (4) entered an order denying, suspending or revoking your registration or disciplined you by restricting your activities? | ☐ | ☒ | 10 |
| (5) imposed a civil money penalty on you, or ordered you to cease and desist from any activity? | ☐ | ☒ | 10A |
| E. Has any other Federal regulatory agency or any state regulatory agency or foreign financial regulatory authority ever: | | | |
| (1) found you to have made a false statement or omission or been dishonest, unfair or unethical? | ☐ | ☒ | 11 |
| (2) found you to have been involved in a violation of investment regulations or statutes? | ☐ | ☒ | 12 |
| (3) found you to have been a cause of an investment-related business having its authorization to do business denied, suspended, revoked, or restricted? | ☐ | ☒ | 13 |
| (4) entered an order against you in connection with investment-related activity? | ☐ | ☒ | 14 |
| (5) denied, suspended, or revoked your registration or license or otherwise prevented you from associating with an investment-related business, or disciplined you by restricting your activities? | ☐ | ☒ | 15 |
| (6) revoked or suspended your license as an attorney, accountant or federal contractor? | ☐ | ☒ | 16 |
| F. Has any self-regulatory organization or commodities exchange: | | | |
| (1) found you to have made a false statement or omission? | ☐ | ☒ | 17 |
| (2) found you to have been involved in a violation of its rules? | ☐ | ☒ | 18 |
| (3) found you to have been the cause of an investment-related business having its authorization to do business denied, suspended, revoked or restricted? | ☐ | ☒ | 19 |
| (4) disciplined you by expelling or suspending you from membership, barring or suspending your association with its members, or restricting your activities? | ☐ | ☒ | 20 |
| G. Has any foreign government ever entered an order against you related to investments or fraud, other than as reported in Items 22A, B, C or E? | ☐ | ☒ | 21 |
| H. Have you ever been the subject of an investment-related, consumer-initiated complaint or proceeding that: | | | |
| (1) alleged compensatory damages of $10,000 or more, fraud, or wrongful taking of property? | ☐ | ☒ | 22 |
| (2) was settled or decided against you for $5,000 or more, or found fraud or the wrongful taking of property? | ☐ | ☒ | 23 |
| I. Are you now the subject of any complaint, investigation, or proceeding that could result in a "yes" answer to parts A-H of this item? | ☐ | ☒ | 24 |
| J. Has a bonding company denied, paid out on, or revoked a bond for you? | ☐ | ☒ | 25 |
| K. Do you have any unsatisfied judgments or liens against you? | ☐ | ☒ | 26 |
| L. Have you or a firm that you exercised management or policy control over, or owned 10% or more of the securities of, failed in business, made a compromise with creditors, filed a bankruptcy petition or been declared bankrupt? | ☐ | ☒ | 27 |
| M. Has a broker or dealer firm that you exercised management or policy control over, or owned 10% or more of the securities of, been declared bankrupt, had a trustee appointed under the Securities Investor Protection Act, or had a direct payment procedure initiated? | ☐ | ☒ | 28 |
| N. Have you been discharged or permitted to resign because you were accused of: | | | |
| (1) violating investment-related statutes, regulations, rules, or industry standards of conduct? | ☐ | ☒ | 29 |
| (2) fraud or the wrongful taking of property? | ☐ | ☒ | 30 |
| (3) failure to supervise in connection with investment-related statutes, regulations, rules or industry standards of conduct? | ☐ | ☒ | 31 |

**DISCLOSURE CERTIFICATION (OPTIONAL)**

You may only certify to the accuracy and completeness of the disclosure information in your file if it has been fully provided in DRP format. If DRP(s) are not on file, do not answer these certification boxes. Provide full details of all matters on DRP(s). All appropriate questions in item 22 must be answered, regardless of whether the certification is being utilized. Refer to the instructions on the inside cover of the Form U-4 for additional information on the utilization of the certification language.

| | | |
|---|---|---|
| O. I have reviewed a copy of my disclosure file taken from the CRD system. I acknowledge that all information contained therein is fully disclosed, accurate and in DRP format. I further certify the following: | 1. I have no new information to add to my disclosure file. .....1.☐ | 32 |
| | 2. I have new information to add to my disclosure file which is reported on the attached DRP(s). ...2.☐ | 33 |
| | 3. I have updated information, reported on the attached DRP(s), which was previously reported ...3.☐ and contained in Occurrence _____. | 34 |

The applicant and appropriate signatory area *DOES NOT* have to be completed *UNLESS* this page is being submitted as an amendment.

| 02 | 24 | 94 | SIGNATURE OF APPLICANT | |
|---|---|---|---|---|
| MONTH | DAY | YEAR | | |

TYPE OR PRINT NAME OF APPLICANT: Trevor Callan

| MONTH | DAY | YEAR | SIGNATURE OF APPROPRIATE SIGNATORY | CRD USE ONLY |
|---|---|---|---|---|

TYPE OR PRINT NAME OF APPROPRIATE SIGNATORY:

REV. FORM U-4 (11/91)        PAGE 3

EXHIBIT D -- REDACTED

ML001036

**UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER**
*If there is an amendment to this page, complete only Item 23 and Items being amended.*

| 23 FIRM CRD # | 007691 | SOCIAL SECURITY # | [REDACTED] | APPLICANT's CRD # | 2280106 |
|---|---|---|---|---|---|
| FIRM NFA # | 0001062 | | | APPLICANT'S NFA# | N/A |

### THE APPLICANT MUST READ THE FOLLOWING VERY CAREFULLY

1. I swear or affirm that I have read and understand the items and instructions on this form and that my answers (including attachments) are true and complete to the best of my knowledge. I understand that I am subject to administrative, civil or criminal penalties if I give false or misleading answers.

2. I apply for registration with the jurisdictions and organizations indicated in Item 10 as may be amended from time to time and, in consideration of the jurisdictions and organizations receiving and considering my application, I submit to the authority of the jurisdictions and organizations and agree to comply with all provisions, conditions and covenants of the statutes, constitutions, certificates of incorporation, by-laws and rules and regulations of the jurisdictions and organizations as they are or may be adopted, or amended from time to time. I further agree to be subject to and comply with all requirements, rulings, orders, directives and decisions of, and penalties, prohibitions and limitations imposed by the jurisdictions and organizations, subject to right of appeal or review as provided by law.

3. I agree that neither the jurisdictions or organizations nor any person acting on their behalf shall be liable to me for action taken or omitted to be taken in official capacity or in the scope of employment, except as otherwise provided in the statutes, constitutions, certificates of incorporation, by-laws or the rules and regulations of the jurisdictions and organizations.

4. I authorize the jurisdictions and organizations to give any information they may have concerning me to any employer or prospective employer, any federal, state or municipal agency, or any other organization and I release the jurisdictions and organizations and any person acting on their behalf from any and all liability of whatever nature by reason of furnishing such information.

5. I agree to arbitrate any dispute, claim or controversy that may arise between me and my firm, or a customer, or any other person, that is required to be arbitrated under the rules, constitutions, or by-laws of the organizations indicated in Item 10 as may be amended from time to time and that any arbitration award rendered against me may be entered as a judgement in any court of competent jurisdiction.

6. For the purpose of complying with the laws relating to the offer or sale of securities or commodities in the jurisdictions indicated in Item 10 as may be amended from time to time, I irrevocably appoint the administrator of each of those jurisdictions, or such other person designated by law, and the successors in such office, my attorney upon whom may be served any notice, process or pleading in any action or proceeding against me arising out of or in connection with the offer or sale of securities or commodities, or out of the violation or alleged violation of the laws of the jurisdictions. I consent that any such action or proceeding against me may be commenced in any court of competent jurisdiction and proper venue by service of process upon the appointee as if I were a resident of, and had been lawfully served with process in, the jurisdiction. I request that a copy of any notice, process or pleading served hereunder be mailed to my current residential address as reflected in this form or any amendment thereto.

7. I consent that notice of any investigation or proceeding by any self-regulatory organization against applicant may be given by personal service or by regular, registered or certified mail or confirmed telegram to applicant at his/her most recent business or home address as reflected in this Form U-4, or any amendment thereto, or by leaving notice of the investigation or proceeding at such address.

8. I authorize all of my employers and any other person to furnish to any jurisdiction or organization or any agent acting on its behalf, any information they have, including my creditworthiness, character, ability, business activities, educational background, general reputation, history of my employment and, in the case of former employers, complete reasons for my termination. Moreover, I release each employer, former employer and each other person from any and all liability, of whatever nature, by reason of furnishing any of the above information, including that information reported on the Uniform Termination Notice for Securities Industry Registration (Form U-5). I recognize that I may be the subject of an investigative consumer report ordered by the jurisdictions, or organizations with which this application is being filed, and waive any requirement of notification with respect to any investigative consumer report ordered by any such jurisdiction or organization. I understand that I have the right to request complete and accurate disclosure by the jurisdiction or organization of the nature and scope of the requested investigative consumer report.

9. I understand and certify that the representations in this form apply to all employers with whom I seek registration as indicated in Items 4 and 9 of this form. I agree to update this form by causing an amendment to be filed on a timely basis whenever changes occur to answers previously reported. Further, I represent that, to the extent any information previously submitted is not amended, the information provided in this form is currently accurate and complete.

10. If I have become temporarily registered as an agent, I acknowledge that this application for registration with the jurisdictions and organizations indicated in Item 10 is separate and distinct from any temporary registration already obtained with the jurisdictions and organizations. I further understand that my registration may be denied, suspended or revoked under the laws, regulations or rules of the jurisdictions and organizations.

| Month | Day | Year | SIGNATURE OF APPLICANT |
|---|---|---|---|
| 4 | 26 | 94 | *[signed]* |

TREVOR M. CALLAN
TYPE OR PRINT NAME OF APPLICANT

### THE FIRM MUST COMPLETE THE FOLLOWING

To the best of my knowledge and belief, the applicant is currently bonded where required, and, at the time of approval, will be familiar with the statute(s), constitution(s), rules and by-laws of the agency, jurisdiction or self-regulatory organization with which this application is being filed, and the rules governing registered persons, and will be fully qualified for the position for which application is being made herein. I agree that, notwithstanding the approval of such agency, jurisdiction or organization which hereby is requested, I will not employ the applicant in the capacity stated herein without first receiving the approval of any authority which may be required by law. This firm has communicated with all of the applicant's previous employers for the past three years.

| EMPLOYER | NAME OF PERSON CONTACTED | POSITION OF PERSON CONTACTED | EMPLOYED FROM | EMPLOYED TO | PHONE | LETTER | INTERVIEW |
|---|---|---|---|---|---|---|---|
| SMITH BARNEY SHEARSON | JUDY GEORGE 619 456-4900 | H.R./ADMIN | 01/92 | 09/93 | X | U-5 | |
| | | | | | | | |
| | | | | | | | |

IN ADDITION, I HAVE TAKEN APPROPRIATE STEPS TO VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS APPLICATION.

THE APPROPRIATE SIGNATORY AREA *MUST BE* COMPLETED ON ALL INITIAL, TRANSFER OR AMENDMENT FILINGS.

| MONTH | DAY | YEAR | SIGNATURE OF APPROPRIATE SIGNATORY |
|---|---|---|---|
| 4 | 26 | 94 | *[signed]* |

JAMES E. TENUTO, RVP
TYPE OR PRINT NAME OF APPROPRIATE SIGNATORY

CRD USE ONLY

Rev. Form U-4 (11/91)     PAGE 4

EXHIBIT D -- REDACTED

ML001037

# FORM U-5
## UNIFORM TERMINATION NOTICE FOR SECURITIES INDUSTRY REGISTRATION
*Only items 1-15 may be amended. To amend, complete only items 1-4 and the item(s) being amended.*

**(1) LAST NAME:** CALLAN    **JR./SR. etc.:**    **FIRST NAME:** TREVOR    **MIDDLE NAME (SPECIFY IF NONE):** MICHAEL    **(2) CRD #** 2280106    **NFA #**    **SOC. SEC.:** [redacted]

**(3) FIRM NAME:** SMITH BARNEY SHEARSON INC.    **(4) FIRM CRD #** 07059    **FIRM NFA #** 0002026

**(5) FIRM MAIN ADDRESS — STREET:** 1345 AVENUE OF THE AMERICAS    **CITY:** NEW YORK    **STATE:** NY    **ZIP:** 10105

**(6) BRANCH I.D. #** 00532    **(7) OFFICE OF EMPLOYMENT ADDRESS — STREET:** 7979 IVANHOE AVENUE 3RD FL., **CITY:** LA JOLLA, **STATE:** CA. **ZIP:** 92037

**(8)** If this is a multiple termination with one or more firms under common ownership or control with the firm named in item 3 above, list all firm CRD numbers and the firm name(s).

Firm CRD # _____ Name of Firm _____
Firm CRD # _____ Name of Firm _____
Firm CRD # _____ Name of Firm _____

**(9) CHECK ONE:** [X] Full Termination (skip item 10)    [ ] Partial Termination (If partial termination, check appropriate box(es) in item 10)

**(10) TO BE TERMINATED WITH THE FOLLOWING:**
[ ] ASE [ ] BSE [ ] CBOE [ ] CSE [ ] MSE [ ] NASD [ ] NFA [ ] NYSE [ ] PHLX [ ] PSE [ ] OTHER (Specify) _____

[ ] AK [ ] AL [ ] AR [ ] AZ [ ] CA [ ] CO [ ] CT [ ] DC [ ] DE [ ] FL [ ] GA [ ] HI [ ] IA
[ ] ID [ ] IL [ ] IN [ ] KS [ ] KY [ ] LA [ ] MA [ ] MD [ ] ME [ ] MI [ ] MN [ ] MO [ ] MS
[ ] MT [ ] NC [ ] ND [ ] NE [ ] NH [ ] NJ [ ] NM [ ] NV [ ] NY [ ] OH [ ] OK [ ] OR [ ] PA
[ ] RI [ ] SC [ ] SD [ ] TN [ ] TX [ ] UT [ ] VA [ ] VT [ ] WA [ ] WI [ ] WV [ ] WY [ ] PR

**(11) DATE TERMINATED:** 9/3/93 (Month / Day / Year) (Complete date of termination is required for full or partial termination.)

**(12) REASON FOR TERMINATION:** (Check one)
[X] Voluntary    [ ] Deceased    *[ ] Permitted to Resign    *[ ] Discharged    *[ ] Other
* Provide an Explanation _____

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IN ITEMS 13-15 IS "YES," AND YOU CANNOT UTILIZE DISCLOSURE CERTIFICATION BELOW, ATTACH COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON DRP-5(S).

**(13) WHILE EMPLOYED BY OR ASSOCIATED WITH YOUR FIRM, WAS THE INDIVIDUAL:**    Yes   No
A. involved in any disciplinary action by a domestic or foreign governmental body or self-regulatory organization with jurisdiction over investment-related business? .......... [ ] [X] 1
B. the subject of an investment-related, consumer-initiated complaint that:
(1) alleged compensatory damages of $10,000 or more, fraud, or the wrongful taking of property? .......... [ ] [X] 2
(2) was settled or decided against the individual for $5,000 or more, or found fraud, or the wrongful taking of property? .......... [ ] [X] 3
C. convicted of, or plead guilty or nolo contendere ("no contest") in a domestic or foreign court to:
(1) a felony or misdemeanor involving: investments or an investment-related business, fraud, false statements or omissions, wrongful taking of property, or bribery, forgery, counterfeiting, or extortion, or gambling? .......... [ ] [X] 4
(2) any other felony? .......... [ ] [X] 5

**(14)** Currently is, or at termination was, the individual involved in an investigation or proceeding by a domestic or foreign governmental body or self-regulatory organization with jurisdiction over investment-related businesses? .......... [ ] [X] 6

**(15)** Currently is, or at termination was, the individual under internal review for fraud or wrongful taking of property, or violating investment-related statutes, regulations, rules or industry standards of conduct? .......... [ ] [X] 7

**DISCLOSURE CERTIFICATION (OPTIONAL)**

You may only certify to the accuracy and completeness of the disclosure information in the individual's file if it has been fully provided in DRP format. If DRP(s) are not on file, do not answer these certification boxes. Provide full details of all matters on DRP-5(S). All appropriate questions in items 13-15 above must be answered, regardless of whether the certification is being utilized. Refer to the instructions on the inside cover of the form U-5 for additional information on the utilization of the certification language.

**(16)** This is to certify that details relating to the above answers to items 13-15 have been previously reported on amendments to Form U-4 filed on behalf of this individual. Updated information will be provided, if needed, as it becomes available to the firm. This is to further certify the following:
A. There is no additional information to be reported at this time .......... [ ] 8
B. There is additional information to disclose which is reported on the attached DRP-5(s) .......... [ ] 9
C. There is updated information, reported on the attached DRP-5(s), relating to disclosures previously reported and contained in Occurrence _____ [ ] 10

I VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS FORM

**MONTH:** SEP **DAY:** 20 **YEAR:** 1993    *Richard Izzo* 1330

SIGNATURE OF APPROPRIATE SIGNATORY
RICHARD IZZO - FIRST V.P., ASST. SECY
TYPE NAME OF APPROPRIATE SIGNATORY
SAME AS ABOVE
PERSON TO CONTACT FOR FURTHER INFORMATION
(212) 464-7717

**ELECTRONIC FILING**

EXHIBIT D -- REDACTED

ML001038

# FORM U-4
## UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER
*If there is an amendment to this page, complete only Items 13, 14 and the Items being amended.*

| ⑬ FIRM CRD # | 007691 | SOCIAL SECURITY # | [REDACTED] | APPLICANT'S CRD # | |
|---|---|---|---|---|---|
| FIRM NFA # | 0001062 | | | APPLICANT'S NFA # | N/A |

### PERSONAL DATA

| ⑭ LAST NAME | JR./SR., etc. | FIRST NAME | MIDDLE NAME | ⑮ OTHER NAMES KNOWN BY |
|---|---|---|---|---|
| Callan | | Trevor | Michael | |

| ⑯ DATE OF BIRTH (Month, Day, Year) | ⑰ SEX | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|
| [REDACTED]-71 | M | 5'9" | 160 | BR | Hazel |

### RESIDENTIAL HISTORY

⑱ GIVE ALL ADDRESSES FOR THE PAST FIVE YEARS, STARTING WITH CURRENT ADDRESS.

| STREET | CITY | STATE | ZIP | FROM MONTH/YEAR | TO MONTH/YEAR |
|---|---|---|---|---|---|
| [REDACTED] | | | | | |

### EMPLOYMENT AND PERSONAL HISTORY

⑲ ACCOUNT FOR ALL TIME FOR THE PAST TEN YEARS. Give all employment experience starting with your previous employer and working back ten years. Include full and part-time work, self-employment, military service, unemployment and full-time education. (If this page is being filed as part of a Form BD, start with your present employer instead.)

| NAME | CITY | STATE | FROM MONTH/YEAR | TO MONTH/YEAR | POSITION HELD |
|---|---|---|---|---|---|
| Smith Barney Shearson | La Jolla | Ca | 01/92 | 09/9? | Broker Assistant |
| Presto | La Jolla | Ca | 06/92 | 12/92 | Waiter |
| San Diego State University | | | 12/91 | 06/92 | Student |
| Doubletree Hotel | San Diego | Ca | 06/91 | 12/91 | Waiter |
| San Diego State University | | | 07/90 | 06/91 | Student |
| Nordstrom | Santa Anna | Ca | 07/90 | 07/90 | Sales |
| San Diego State University | | | 07/89 | 07/90 | Student |
| Canyon High | Anaheim | Ca | 08/86 | 08/89 | Student |
| El Rancho Junior High | Anaheim | Ca | 08/83 | 08/86 | Student |
| Imperial Elementary | Anaheim | Ca | 08/75 | 08/83 | Student |
| | | | | | |
| | | | | | |

⑳ Are you currently engaged in any other business (not shown above) either as a proprietor, partner, officer, director, trustee, employee, agent or otherwise?
☐ YES  ☐ NO   If "YES", please explain below:

---

The appropriate signatory area *DOES NOT* have to be completed *UNLESS* this page is being submitted as an amendment.

| MONTH | DAY | YEAR | SIGNATURE OF APPROPRIATE SIGNATORY |
|---|---|---|---|
| | | | |
| | | | TYPE OR PRINT NAME OF APPROPRIATE SIGNATORY |

CRD USE ONLY

Rev. Form U-4 (11/91)                PAGE 2

**EXHIBIT D -- REDACTED**

ML001039