| U4 - GENERAL INFORMATION |||||
|---|---|---|---|---|
| **First name:** TIMOTHY | **Middle Name:** SMITH | | **Last Name:** CALLAN | **Suffix:** |
| **Firm CRD#:** 7691 | **Firm Name:** MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | | **Employment Date (MM/DD/YYYY):** 01/03/2000 | **CRD Branch#:** |
| **Billing Code:** 050-72B | **Applicant CRD#:** 3092202 | | | **Applicant SSN:** |
| **Employment Street Address 1:** 4365 EXECUTIVE DR #650 | | | **Employment Street Address 2:** | |
| **City:** SAN DIEGO | **State:** California | | **Country:** USA | **Postal Code:** 92121 |

### DUAL REGISTRATION

A. Will applicant maintain registration with another Broker Dealer not under common ownership or control with the firm named above?   ○ Yes  ● No

B. Will applicant maintain registration with another Investment Adviser not under common ownership or control with the firm named above?   ○ Yes  ○ No

---

● Fingerprint card barcode 9923472951

By entering this bar code, I represent that I am submitting or promptly will submit to the CRD/PD Department the hard copy fingerprint cards via U.S. Mail or delivery service consistent with NASD Rule 1140.

○ By selecting this option, I affirm that:
- Applicant has been continuously employed by the firm listed in the General Information section in an unregistered capacity since the last submission of a fingerprint card;
- Applicant is applying for registration with a Fingerprint Exempt firm;
- Applicant has submitted a fingerprint card through a CRD approved electronic method; or
- Applicant is a foreign national (not U.S. citizen or domiciled abroad).

### U4 - AFFILIATED FIRMS

Will applicant maintain registration with firm(s) under common ownership or control with the filing firm?
If Yes, Please fill in the details to indicate a request for registration with additional firm(s).
○ Yes  ● No

### U4 - SRO REGISTRATIONS

Check ✓ appropriate SRO Registration requests.
Qualifying examinations will be automatically scheduled if needed. If you are only scheduling or re-scheduling an exam, skip this item and complete the Examination Requests section.

| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PSE | CBOE | CHX | PHLX |
|---|---|---|---|---|---|---|---|---|---|
| OP - Registered Options Principal (S4) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| IR - Investment Company and Variable Contracts Products Rep. (S6) | ☐ | ☐ | | ☐ | | | | | |
| GS - Full Registration/General Securities Representative (S7) | ☑ | ☑ | ☑ | ☐ | ☐ | ☑ | ☑ | ☐ | ☑ |
| TR - Securities Trader (S7) | | | | ☐ | | ☐ | | | |
| TS - Trading Supervisor (S7) | | | | ☐ | | ☐ | | | |
| SU - General Securities Sales Supervisor (S9 and S10) | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

https://filing.cr.../crd_frm_Print.asp?Form=U4&RefNum=7218079383EBF16&Type=INITIAL&FL=    2/15/00

EXHIBIT E -- REDACTED

ML001140

| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PSE | CBOE | CHX | PHLX |
|---|---|---|---|---|---|---|---|---|---|
| BM - Branch Office Manager (S9 and S10) | | ☐ | ☐ | | | | | | |
| SM - Securities Manager (S12) | | ☐ | | | | | | | |
| AR - Assistant Representative/Order Processing (S11) | ☐ | | | | ☐ | | | ☐ | |
| IE - United Kingdom-Limited General Securities Registered Representative (S17) | ☐ | ☐ | | | | | ☐ | | ☐ |
| DR - Direct Participation Program Representative (S22) | ☐ | ☐ | | | ☐ | | | ☐ | |
| GP - General Securities Principal (S24) | ☐ | | | ☐ | ☐ | | | ☐ | |
| IP - Investment Company and Variable Contracts Products Principal (S26) | ☐ | | | | ☐ | | | | |
| FA - Foreign Associate | ☐ | | | | | | | | |
| FN - Financial and Operations Principal (S27) | ☐ | | | ☐ | ☐ | | ☐ | ☐ | |

| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PSE | CBOE | CHX | PHLX |
|---|---|---|---|---|---|---|---|---|---|
| FI - Introducing Broker-Dealer/Financial and Operations Principal (S28) | ☐ | | | | ☐ | | | ☐ | |
| DP - Direct Participation Program Principal (S39) | ☐ | | | | | | | ☐ | |
| OR - Options Representative (S42) | ☐ | | | ☐ | | | | ☐ | |
| MR - Municipal Securities Representative (S52) | ☐ | ☐ | | | ☐ | | | ☐ | |
| MP - Municipal Securities Principal (S53) | ☐ | | | | ☐ | | | ☐ | |
| CS - Corporate Securities Representative (S62) | ☐ | | | | ☐ | | | ☐ | |
| RG - Government Securities Representative (S72) | ☐ | | | | | | | | |

| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PSE | CBOE | CHX | PHLX |
|---|---|---|---|---|---|---|---|---|---|
| PG - Government Securities Principal (S73) | ☐ | | | | | | | | |
| SA - Supervisory Analyst (S16) | | ☐ | | | | | | | |
| CD - Canada-Limited General Securities Registered Representative (S37) | ☐ | ☐ | | | | | ☐ | | |
| CN - Canada-Limited General Securities Registered Representative (S38) | ☐ | ☐ | | | | | ☐ | | |
| ET - Equity Trader (S55) | ☐ | | | | ☐ | | | | |
| AM - Allied Member | | ☐ | | | | | | | |
| AP - Approved Person | | ☐ | | | | | | | |
| LE - Securities Lending Representative | | ☐ | | | | | | | |

| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PSE | CBOE | CHX | PHLX |
|---|---|---|---|---|---|---|---|---|---|
| LS - Securities Lending Supervisor | | ☐ | | | | | | | |
| ME - Member Exchange | | ☐ | | ☐ | ☐ | | | | |
| FE - Floor Employee | | ☐ | | ☐ | ☐ | | | | |
| OF - Officer | | ☐ | | | ☐ | | | | |
| CO - Compliance Official (S14) | | ☐ | | | | | | | |
| CF - Compliance Official Specialist (S14A) | | ☐ | | | | | | | |
| PM - Floor Member Conducting Public Business | | ☐ | | | | | | | |
| PC - Floor Clerk Conducting Public Business | | ☐ | | | | | | | |

**U4 - JURISDICTION**
Check ☑ appropriate jurisdiction for AG (Broker Dealer Agent) registration.

| JURISDICTION | AG | IA | JURISDICTION | AG | IA | JURISDICTION | AG | IA | JURISDICTION | AG | IA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | ☐ | ☐ | Illinois | ☐ | ☐ | Montana | ☐ | ☐ | Puerto Rico | ☐ | ☐ |
| Alaska | ☐ | ☐ | Indiana | ☐ | ☐ | Nebraska | ☐ | ☐ | Rhode Island | ☐ | ☐ |
| Arizona | ☐ | ☐ | Iowa | ☐ | ☐ | New Jersey | ☐ | ☐ | South Carolina | ☐ | ☐ |
| Arkansas | ☐ | ☐ | Kansas | ☐ | ☐ | New Hampshire | ☐ | ☐ | South Dakota | ☐ | ☐ |
| California | ☑ | ☐ | Kentucky | ☐ | ☐ | New Mexico | ☐ | ☐ | Tennessee | ☐ | ☐ |
| Colorado | ☐ | ☐ | Louisiana | ☐ | ☐ | New York | ☐ | ☐ | Texas | ☐ | ☐ |
| Connecticut | ☐ | ☐ | Maine | ☐ | ☐ | Nevada | ☐ | ☐ | Utah | ☐ | ☐ |
| Delaware | ☐ | ☐ | Maryland | ☐ | ☐ | North Carolina | ☐ | ☐ | Vermont | ☐ | ☐ |
| District of Columbia | ☐ | ☐ | Massachusetts | ☐ | ☐ | North Dakota | ☐ | ☐ | Virginia | ☐ | ☐ |
| Florida | ☐ | ☐ | Michigan | ☐ | ☐ | Ohio | ☐ | ☐ | Washington | ☐ | ☐ |
| Georgia | ☐ | ☐ | Minnesota | ☐ | ☐ | Oklahoma | ☐ | ☐ | West Virginia | ☐ | ☐ |
| Hawaii | ☐ | ☐ | Mississippi | ☐ | ☐ | Oregon | ☐ | ☐ | Wisconsin | ☐ | ☐ |
| Idaho | ☐ | ☐ | Missouri | ☐ | ☐ | Pennsylvania | ☐ | ☐ | Wyoming | ☐ | ☐ |

### U4 - EXAMINATION REQUESTS

**13.** Complete this item below only if you are scheduling or rescheduling an exam, or continuing education session.

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ S3 | ☐ S10 | ☐ S16 | ☐ S28 | ☐ S38 | ☐ S62 | ☐ S101 |
| ☐ S4 | ☐ S11 | ☐ S17 | ☐ S30 | ☐ S39 | ☐ S63 | ☐ S106 |
| ☐ S5 | ☐ S12 | ☐ S22 | ☐ S31 | ☐ S42 | ☐ S65 | ☐ S201 |
| ☐ S6 | ☐ S14 | ☐ S24 | ☐ S32 | ☐ S52 | ☑ S66 | |
| ☐ S7 | ☐ S14A | ☐ S26 | ☐ S33 | ☐ S53 | ☐ S72 | |
| ☐ S9 | ☐ S15 | ☐ S27 | ☐ S37 | ☐ S55 | ☐ S73 | |

**13A.** If you have taken an exam prior to registering through the CRD system please enter the exam type and date taken.

**Exam type:**                **Date taken (MM/DD/YYYY):**

---

Date Month (MM) Day (DD) Year (YYYY)

---

Signature of Appropriate Signatory {italicize Appropriate Signatory}

---

Type or Print Name of Appropriate Signatory {italicize Appropriate Signatory}

### U4 - PERSONAL INFORMATION

| **Firm CRD #** | **Social Security #** | **Applicant's CRD#** |
|---|---|---|
| 7691 | ███████ | 3092202 |
| **First Name** | **Middle Name** | **Last Name** |
| TIMOTHY | SMITH | CALLAN |
| **Suffix** | **Date of Birth (MM/DD/YYYY)** ███/1977 | |
| **State/Province of Birth** | **Country of Birth** | **Sex** |
| CALIFORNIA | USA | ⦿ Male ○ Female |
| **Height (ft)** | **Height (in)** | **Weight (lbs)** |
| 5 | 10 | 165 |
| **Hair Color** | **Eye Color** | |
| BROWN | HAZEL | |

https://filing.cr.../crd_frm_Print.asp?Form=U4&RefNum=7218079383EBF16&Type=INITIAL&FL=    2/15/00

EXHIBIT E -- REDACTED

ML001142

| U4 - OTHER NAMES |
|---|
| No Information Filed |

### U4 - RESIDENTIAL HISTORY

| From | To | Street (Do not use a P.O.Box) | City | State | Country | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

### U4 - EMPLOYMENT HISTORY

| From | To | Name of Company or Firm | Investment-related business? | City | State | Country | Position |
|---|---|---|---|---|---|---|---|
| 01/2000 | 02/2000 | MERRILL LYNCH | ⦿ Yes ○ No | SAN DIEGO | CA | USA | ORIENTATION FINANCIAL CONSULTANT |
| 08/1999 | 12/1999 | CHARLES SCHWAB | ⦿ Yes ○ No | SAN FRANCISCO | CA | USA | WINGS ASSOCIATE |
| 06/1999 | 07/1999 | TRAVELING TO EUROPE | ○ Yes ⦿ No | | | | |
| 08/1995 | 05/1999 | UNIVERSITY OF COLORADO | ○ Yes ⦿ No | BOULDER | CO | USA | FULL-TIME STUDENT |
| 06/1998 | 07/1998 | CHARLES SCHWAB | ⦿ Yes ○ No | SAN FRANCISCO | CA | USA | INTERN |
| 06/1997 | 07/1997 | NORDSTROM | ○ Yes ⦿ No | SANTA ANA | CA | USA | SALES ASSOCIATE |
| 06/1996 | 07/1996 | NORDSTROM | ○ Yes ⦿ No | SANTA ANA | CA | USA | SALES ASSOCIATE |
| 08/1991 | 07/1995 | CANYON HIGH SCHOOL | ○ Yes ⦿ No | ANAHEIM | CA | USA | HIGH SCHOOL STUDENT |
| 08/1988 | 07/1991 | EL RANCHO MIDDLE SCHOOL | ○ Yes ⦿ No | ANAHEIM | CA | USA | MIDDLE SCHOOL STUDENT |

### U4 - OTHER BUSINESS

Are you currently engaged in any other business either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise? (please exclude non *investment-related* activity which is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.) If YES, please provide the following details: the name of the other business, whether the business is *investment-related*, the address of the other business, the nature of the other business, your position, title, or relationship with the other business, the start and end dates of your relationship, the approximate number of hours/month devoted to the other business, the number of hours devoted to the other business during securities trading hours, and briefly describe your duties relating to the other business.

○ Yes ⦿ No

_____
Date Month (MM) Day (DD) Year (YYYY)


_____
Signature of Appropriate Signatory {italicize Appropriate Signatory}


_____
Type or Print Name of Appropriate Signatory {italicize Appropriate Signatory}

| U4 – DISCLOSURE QUESTIONS |
|---|
| IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IS 'YES' AND YOU CANNOT UTILIZE THE CERTIFICATION IN ITEM N BELOW, COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S) |
| REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U-4 INSTRUCTIONS FOR EXPLANATIONS OF ITALICIZED TERMS. |

**Criminal Disclosure**

23A. (1) Have you ever:     **YES NO**

    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to any *felony*?    ○ ●

    (b) been *charged* with any *felony*?    ○ ●

  (2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:

    (a) been convicted of or pled guilty or nolo contendere ('no contest') in a domestic or foreign court to any *felony*?    ○ ●

    (b) been *charged* with any *felony*?    ○ ●

23B. (1) Have you ever:

    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to a *misdemeanor involving:* investments or an *investment-related* business or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion or a conspiracy to commit any of these offenses?    ○ ●

    (b) been *charged* with a *misdemeanor* specified in 23B(1)(a)?    ○ ●

  (2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:

    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to a *misdemeanor* specified in 23B(1)(a)?    ○ ●

    (b) been *charged* with a *misdemeanor* specified in 23B(1)(a)?    ○ ●

**Regulatory Disciplinary Actions**

23C. Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever:     **YES NO**

  (1) *found* you to have made a false statement or omission?    ○ ●

  (2) *found* you to have been *involved* in a violation of its regulations or statutes?    ○ ●

  (3) *found* you to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked or restricted?    ○ ●

  (4) entered an *order* against you in connection with *investment-related* activity?    ○ ●

  (5) imposed a civil money penalty on you, or *ordered* you to cease and desist from any activity?    ○ ●

23D. Has any other Federal regulatory agency or any state regulatory agency or *foreign financial regulatory authority* ever:

| | | |
|---|---|---|
| (1) *found* you to have made a false statement or omission or been dishonest, unfair or unethical? | ○ | ● |
| (2) *found* you to have been *involved* in a violation of *investment-related* regulation(s) or statute(s)? | ○ | ● |
| (3) *found* you to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked or restricted? | ○ | ● |
| (4) entered an *order* against you in connection with an *investment-related* activity? | ○ | ● |
| (5) denied, suspended, or revoked your registration or license or otherwise, by *order*, prevented you from associating with an *investment-related* business or restricted your activities? | ○ | ● |

**23E.** Has any *self-regulatory organization* or commodities exchange ever:

| | | |
|---|---|---|
| (1) *found* you to have made a false statement or omission? | ○ | ● |
| (2) *found* you to have been *involved* in a violation of its rules (other than a violation designated as a *"minor rule violation"* under a plan approved by the U.S. Securities and Exchange Commission)? | ○ | ● |
| (3) *found* you to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked or restricted? | ○ | ● |
| (4) disciplined you by expelling or suspending you from membership, barring or suspending your association with its members, or restricting your activities? | ○ | ● |

**23F.** Has your authorization to act as an attorney, accountant or federal contractor ever been revoked or suspended?   ○ ●

**23G.** Have you been notified, in writing, that you are now the subject of any:

| | | |
|---|---|---|
| (1) regulatory complaint or *proceeding* that could result in a "yes" answer to any part of 23C, D or E? *(If yes, complete the Regulatory Action Disclosure Reporting Page.)* | ○ | ● |
| (2) *investigation* that could result in a "yes" answer to any part of 23A, B, C, D or E? *(If yes, complete the Investigation Disclosure Reporting Page.)* | ○ | ● |

### Civil Judicial Actions

**23H. (1)** Has any domestic or foreign court ever:                                                    **YES NO**

| | | |
|---|---|---|
| (a) *enjoined* you in connection with any *investment-related* activity? | ○ | ● |
| (b) *found* that you were *involved* in a violation of any *investment-related* statute(s) or regulation(s)? | ○ | ● |
| (c) dismissed, pursuant to a settlement agreement, an *investment-related* civil action brought against you by a state or *foreign financial regulatory authority*? | ○ | ● |
| (2) Are you named in any pending *investment-related* civil action that could result in a 'yes' answer to any part of 23H(1)? | ○ | ● |

### Customer Complaints

**23I. (1)** Have you ever been named as a respondent/defendant in an *investment-related*     **YES NO**
consumer-initiated arbitration or civil litigation which alleged that you were *involved*
in one or more *sales practice violations* and which:

| | | |
|---|---|---|
| (a) is still pending, or; | ○ | ● |
| (b) resulted in an arbitration award or civil judgment against you, regardless of amount, or; | ○ | ● |
| (c) was settled for an amount of $10,000 or more? | ○ | ● |
| (2) Have you ever been the subject of an *investment-related*, consumer-initiated complaint, not otherwise reported under question 23I(1) above, which alleged that you were *involved* in one or more *sales practice violations*, and which complaint was settled for an amount of $10,000 or more? | ○ | ● |
| (3) Within the past twenty four (24) months, have you been the subject of an *investment-related*, consumer-initiated written complaint, not otherwise reported under question 23I(1) or 23I(2) above, which: | | |
| (a) alleged that you were *involved* in one or more *sales practice violations* and | ○ | ● |

    contained a claim for compensatory damages of $5,000 or more (if no damage amount is alleged, the complaint must be reported unless the firm has made a good faith determination that the damages from the alleged conduct would be less than $5,000), or;

  (b) alleged that you were *involved* in forgery, theft, misappropriation or conversion of funds or securities?

**Terminations**

23J. Have you ever voluntarily *resigned*, been discharged or permitted to *resign* after allegations were made that accused you of:  **YES NO**

  (1) violating *investment-related* statutes, regulations, rules, or industry standards of conduct?

  (2) fraud or the wrongful taking of property?

  (3) failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct?

**Financial**

23K. Within the past 10 years:  **YES NO**

  (1) have you made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy petition?

  (2) based upon events that occurred while you exercised *control* over it, has an organization made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy petition?

  (3) based upon events that occurred while you exercised *control* over it, has a broker or dealer been the subject of an involuntary bankruptcy petition, or had a trustee appointed, or had a direct payment procedure initiated under the Securities Investor Protection Act?

23L. Has a bonding company ever denied, paid out on, or revoked a bond for you?

23M. Do you have any unsatisfied judgments or liens against you?

**DISCLOSURE CERTIFICATION (OPTIONAL)**

You may only certify to the accuracy and completeness of the disclosure information in your file if it has been fully provided in DRP format. If DRP(s) are not on file, do not answer these certification boxes. Provide full details of all matters on DRP(s). All appropriate questions in Item 23 above must be answered, regardless of whether the certification is being utilized. Refer to the Form U-4 instructions for additional information on the utilization of the certification language.

N. I have received a copy of my disclosure file taken from the CRD system. I acknowledge that all information contained therein is fully disclosed, accurate and in DRP format. I further certify the following:

1. I have no new further information to add to my disclosure file.  1. ☐
2. I have new information to add to my disclosure file which is reported on the appropriate DRP(s).  2. ☐
3. I have updated information, reported on the appropriate DRP(s), which was previously reported.  3. ☐

---

(MM DD YYYY)

---

Signature of Applicant

---

Type or Print Name of Applicant

https://filing.cr.../crd_frm_Print.asp?Form=U4&RefNum=7218079383EBF16&Type=INITIAL&FL=   2/15/00

EXHIBIT E -- REDACTED

ML001146

(MM DD YYYY)

---

Signature of Appropriate Signatory {italicize Appropriate Signatory}

---

Type or Print Name of Appropriate Signatory {italicize Appropriate Signatory}

## U4 - SIGNATURE

1. I swear or affirm that I have read and understand the items and instructions on this form and that my answers (including attachments) are true and complete to the best of my knowledge. I understand that I am subject to administrative, civil or criminal penalties if I give false or misleading answers.

2. I apply for registration with the *jurisdictions* and *SROs* indicated in Item 11 as may be amended from time to time and in consideration of the *jurisdictions* and *SROs* receiving and considering my application, I submit to the authority of the *jurisdictions* and *SROs* and agree to comply with all provisions, conditions and covenants of the statutes, constitutions, certificates of incorporation, by-laws and rules and regulations of the *jurisdictions* and *SROs* as they are or may be adopted, or amended from time to time. I further agree to be subject to and comply with all requirements, rulings, orders, directives and decisions of, and penalties, prohibitions and limitations imposed by the *jurisdictions* and *SROs*, subject to right of appeal or review as provided by law.

3. I agree that neither the *jurisdictions* or *SROs* nor any person acting on their behalf shall be liable to me for action taken or omitted to be taken in official capacity or in the scope of employment, except as otherwise provided in the statutes, constitutions, certificates of incorporation, by-laws or the rules and regulations of the *jurisdictions* and *SROs*.

4. I authorize the *jurisdictions* and *SROs* to give any information they may have concerning me to any employer or prospective employer, any federal, state or municipal agency, or any other *SRO* and I release the *jurisdictions* and *SROs* and any person acting on their behalf from any and all liability of whatever nature by reason of furnishing such information.

5. I agree to arbitrate any dispute, claim or controversy that may arise between me and my firm, or a customer, or any other person, that is required to be arbitrated under the rules, constitutions, or by-laws of the *SROs* indicated in item 11 as may be amended from time to time and that any arbitration award rendered against me may be entered as a judgment in any court of competent *jurisdiction*.

6. For the purpose of complying with the laws relating to the offer of sale of securities or commodities, I irrevocably appoint the administrator of each *jurisdiction* indicated in item 11 as may be amended from time to time, or such other person designated by law, and the successors in such office, my attorney upon whom may be served any notice, process, pleading, subpoena or other document in any action or *proceeding* against me arising out of or in connection with the offer or sale of securities or commodities, or out of the violation or alleged violation of the laws of such *jurisdictions*. I consent that any such action or proceeding against me may be commenced in any court of competent *jurisdiction* and proper venue by service of process upon the appointee as if I were a resident of, and had been lawfully served with process in the *jurisdiction*. I request that a copy of any notice, process, pleading, subpoena or other document served hereunder be mailed to my current residential address as reflected in this form or any amendment thereto.

7. I consent that the service of any process, pleading, subpoena, or other document in any

*investigation* or administrative *proceeding* conducted by the SEC, CFTC or a *jurisdiction* or in any civil action in which the SEC, CFTC or a *jurisdiction* are plaintiffs, or the notice of any *investigation* or *proceeding* by any *SRO* against the applicant, may be made by personal service or by regular, registered or certified mail or confirmed telegram to me at my most recent business or home address as reflected in this Form U-4, or any amendment thereto, by leaving such documents or notice at such address, or by any other legally permissible means.

8. I authorize all my employers and any other person to furnish to any *jurisdiction,* SRO, employer, prospective employer, or any agent acting on its behalf, any information they have, including my creditworthiness, character, ability, business activities, educational background, general reputation, history of my employment and, in the case of former employers, complete reasons for my termination. Moreover, I release each employer, former employer and each other person from any and all liability, of whatever nature, by reason of furnishing any of the above information, including that information reported on the Uniform Termination Notice for Securities Industry Registration (Form U-5). I recognize that I may be the subject of an investigative consumer report and waive any requirement of notification with respect to any investigative consumer report ordered by any *jurisdiction, SRO,* employer, or prospective employer. I understand that I have the right to request complete and accurate disclosure by the *jurisdiction, SRO,* employer or prospective employer of the nature and scope of the requested investigative consumer report.

9. I understand and certify that the representations in this form apply to all employers with whom I seek registration as indicated in items 4 and 10 of this form. I agree to update this form by causing an amendment to be filed on a timely basis whenever changes occur to answers previously reported. Further, I represent that, to the extent any information previously submitted is not amended, the information provided in this form is currently accurate and complete.

10. I authorize any employer or prospective employer to file electronically on my behalf any information required in this form or any amendment thereto; I certify that I have reviewed and approved the information to be submitted to any *jurisdiction* or *SRO* on this form U-4 Application. I agree that I will review and approve all disclosure information that will be filed electronically on my behalf; I further agree to waive any objection to the admissibility of the electronically filed records in any criminal, civil, or administrative *proceeding*.

Applicant or applicant's agent has typed applicant's name under this section to attest to the completeness and accuracy of this record. The applicant recognizes that this typed name constitutes, in every way, use or aspect, his or her legally binding signature.

(All applicants must execute this page.)

| Date (MM/DD/YYYY) | Name of Applicant |
|---|---|
| 02/15/2000 | TIM S. CALLAN |
| | Signature _____ |

**THE FIRM MUST COMPLETE THE FOLLOWING:**

To the best of my knowledge and belief, the applicant is currently bonded where required, and, at the time of approval, will be familiar with the statutes, constitution(s), rules and by-laws of the agency, *jurisdiction* or *SRO* with which this application is being filed, and the rules governing registered persons, and will be fully qualified for the position for which application is being made herein. I agree that, notwithstanding the approval of such agency, *jurisdiction* or *SRO* which hereby is requested, I will not employ the applicant in the capacity stated herein without first receiving the approval of any authority that may be required by law.

This firm has communicated with all of the applicant's previous employers for the past three years and has documentation on file with the names of the persons contacted and the date of contact. In addition, I have taken appropriate steps to verify the accuracy and completeness of the information

EXHIBIT E -- REDACTED

ML001148

contained in and with this application.

I have provided the applicant an opportunity to review the information contained herein and the applicant has approved this information and signed the Form U-4.

*The appropriate signatory area* **must** *be completed on all initial, amendment or Temporary Registration filings.*

The *appropriate signatory* area for Page 1 or Page 2 amendments consists of the date, signature and name lines below.

The *applicant* and *appropriate signatory* areas for Page 3 amendments consist of the date, signature and name lines for the *appropriate signatory* below and the date, signature and name lines for the *applicant* above.

The *applicant* and *appropriate signatory* areas for initial or Temporary Registration filings consist of the date, signature and name lines for the *appropriate signatory* below, together with the attestations that precede such lines, and the date, signature and name lines for the *applicant* above, together with the ten (10) numbered attestations that precede such lines for the *applicant*. For a Temporary Registration, *applicant* must also execute the Temporary Registration Acknowledgement.

| Date (MM/DD/YYYY) | Name of Appropriate Signatory |
|---|---|
| 02/15/2000 | KATHLEEN J. DURNING |
| | Signature _[signature]_ |

| U4 - CRIMINAL DRP |
|---|
| No Information Filed |

| U4 - REGULATORY ACTION DRP |
|---|
| No Information Filed |

| U4 - CIVIL JUDICIAL DRP |
|---|
| No Information Filed |

| U4 - CUSTOMER COMPLAINT DRP |
|---|
| No Information Filed |

| U4 - TERMINATION DRP |
|---|
| No Information Filed |

| U4 - INVESTIGATION DRP |
|---|
| No Information Filed |

| U4 - BANKRUPTCY DRP |
|---|
| No Information Filed |

| U4 - BOND DRP |
|---|
| No Information Filed |

| U4 - JUDGMENT LIEN DRP |
|---|
| No Information Filed |

# ATTACHMENT A
(Please read, sign and return to the Registration Department with your Form U-4)

### 3080. Disclosure to Associated Persons When Signing Form U-4

A member shall provide an associated person with the following written statement whenever the associated person is asked to sign a new or amended Form U-4.

The Form U-4 contains a predispute arbitration clause. It is in item 5 on page 4 of the Form U-4. You should read that clause now. Before signing the Form U-4, you should understand the following:

(1) You are agreeing to arbitrate any dispute, claim or controversy that may arise between you and your firm, or a customer, or any other person, that is required to be arbitrated under the rules of the self-regulatory organizations with which you are registering. This means you are giving up the right to sue a member, customer, or another associated person in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.

(2) A claim alleging employment discrimination, including a sexual harassment claim, in violation of a statute is not required to be arbitrated under the NASD rules. Such a claim may be arbitrated at the NASD only if the parties have agreed to arbitrate it, either before or after the dispute arose. The rules of other arbitration forums may be different.

(3) Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.

(4) The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.

(5) The arbitrators do not have to explain the reason(s) for their award.

(6) The panel of arbitrators may include arbitrators who were or are affiliated with the securities industry, or public arbitrators, as provided by the rules of the arbitration forum in which a claim is filed.

(7) The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.

Date: 2/17/00   Signed: [signature]

EXHIBIT E -- REDACTED

ML001150

**FORM U-4**
**UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER**
ATTACHMENT SHEET FOR ITEMS 19, 20 AND 21

| LAST NAME | JR/SR, etc | FIRST NAME | MIDDLE NAME |
|---|---|---|---|
| Callan | | Tim | Smith |
| CRD # | | SOCIAL SECURITY # | FIRM CRD # |

Use this Attachment Sheet to report continued information from Items 19, 20 and 21 of Form U-4.
(For Item 23 use the Disclosure Reporting Page (DRP).)

| ITEM OF FORM (IDENTITY) | ANSWER |
|---|---|
| 19 | 06 1997 – 07 1997   513 Tumbleweed Rd Anaheim CA. 92807 |
| 19 | 01 1997 – 05 1997   911 17th St, Boulder CO. 80302 |
| 19 | 08 1996 – 12 1996   1555 Broadway #230 Boulder CO. 80302 |
| 19 | 06 1996 – 07 1996   513 Tumbleweed Rd Anaheim CA. 9280 |
| 19 | 08 1995 – 05 1996   University of Colorado Kittrege Smith #107 Boulder, CO. 80302 |
| 19 | 01 1990 – 07 1995   513 Tumbleweed Rd. Anaheim CA. 92807 |

| MONTH | DAY | YEAR | SIGNATURE OF APPROPRIATE SIGNATORY |
|---|---|---|---|
| | | | |

Rev Form U-4 (8/1999)   ATTACHMENT SHEET

EXHIBIT E -- REDACTED

ML000520