CRD Main | Forms 

**Submissions**
**Submit To Firm**
**Completeness Check**
**Return to Data Entry**

**View Form Pages**
1. General Information
2. Fingerprint Information
3. Registration with Unaffiliated Firms
4. SRO Registrations
5. Jurisdiction Registration
6. Registration Requests with Affiliated Firms
7. Examination Requests
8. Professional Designations
9. Identifying Information/Name Change
10. Other Names
11. Residential History
12. Employment History
13. Other Business
14. Disclosure Questions
15. Signature Section
DRPs

# FORM U-4
## UNIFORM APPLICATION FOR SECURITIES INDUST REGISTRATION OR TRANSFER

**U4 - INITIAL 05/17/2002**

Rev. For

### 1. GENERAL INFORMATION

| | | |
|---|---|---|
| **First Name:** RYAN | **Middle Name:** JAMES | **Last Name:** CALLAN |
| **Firm CRD #:** 7691 | **Firm Name:** MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | **Employment Date** (MM/DD/YYYY) 02/01/2002 |
| **Firm Billing Code:** 050291 | **Individual CRD #:** 4469755 | **Individual SSN:** [REDACTED] |
| **Office of Employment Street Address 1:** 701 B STREET | | **Office of Employment Street A** |
| **City:** SAN DIEGO | **State:** California | **Country:** USA |

**Private Residence Check Box:**
If the Office of Employment address is a private residence, check this box. ☐

Rev. For

### 2. FINGERPRINT INFORMATION

Electronic Filing Representation
○ By selecting this option, I represent that I am submitting or promptly will subm appropriate SRO fingerprint cards as required under applicable SRO rules.
Fingerprint card barcode

Exceptions to the Fingerprint Requirement
○ By selecting this option, I affirm that:
- I have been employed continuously by the *filing firm* in an unregistered c since the last submission of a fingerprint card; or
- I am exempt from the fingerprint requirement because I meet one or mo exemptions established by Rule 17f-2 under the Securities Exchange Act

Investment Adviser Representative Only Applicants
○ I affirm that I am applying only as an investment adviser representative and th also applying or have not also applied to become a broker-dealer representativ radio button/box is selected, continue below.

EXHIBIT F -- REDACTED

ML001393

○ I am applying for registration only in *jurisdictions* that do not have fingerpri filing requirements, or

○ I am applying for registration in *jurisdictions* that have fingerprint card filing requirements and I am submitting the appropriate fingerprint card directly t *jurisdictions* for processing.

Rev. For –

### 3. REGISTRATIONS WITH UNAFFILIATED FIRMS

Some *jurisdictions* prohibit "dual registration," which occurs when an individual ch maintain a concurrent registration as a representative/agent with two or more *firm* BD or IA *firms*) that are not affiliated. *Jurisdictions* that prohibit dual registration w for example, permit a broker-dealer agent working with brokerage *firm* A to maint registration with brokerage *firm* B if *firms* A and B are not owned or controlled by parent. Before seeking a dual registration status, you should consult the applicable statutes of the *jurisdictions* with which you seek registration for prohibitions on du registrations or any liability provisions.

Please indicate whether the individual will maintain a "dual registration" status by the questions in this section. (Note: An individual should answer 'yes' only if the in currently registered and is seeking registration with a *firm* (either BD or IA) that is affiliated with the individual's current employing *firm*. If this is an initial application individual must answer 'no' to these questions; a "dual registration" may be initiat after an initial registration has been established).

Answer "yes" or "no" to the following questions:

**A.** Will applicant maintain registration with a broker-dealer that is not affiliated with the *filing firm*? If you answer "yes," list the firm(s) in Section 12 (Employment History).

**B.** Will applicant maintain registration with an investment adviser that is not affiliated with the *filing firm*? If you answer "yes," list the firm(s) in Section 12 (Employment History).

Rev. For

### 4. SRO REGISTRATIONS

**Check appropriate *SRO* Registration requests.**
**Qualifying examinations will be automatically scheduled if needed. If yo scheduling or re-scheduling an exam, skip this section and complete S (EXAMINATION REQUESTS).**

| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CH |
|---|---|---|---|---|---|---|---|---|
| OP - Registered Options Principal (S4) | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| IR - Investment Company and Variable Contracts Products Rep. (S6) | ○ | ○ | | | ○ | | | |
| GS - Full Registration/General Securities Representative (S7) | ☑ | ☑ | ☑ | ○ | ○ | ☑ | ☑ | ○ |

| Registration Category | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CH |
|---|---|---|---|---|---|---|---|---|
| TR - Securities Trader (S7) |  |  | ▢ | ▢ |  | ▢ |  |  |
| TS - Trading Supervisor (S7) |  | ▢ | ▢ |  | ▢ |  |  |  |
| SU - General Securities Sales Supervisor (S9 and S10) | ▢ |  |  | ▢ | ▢ | ▢ | ▢ | ▢ |
| BM - Branch Office Manager (S9 and S10) |  | ▢ | ▢ |  |  |  |  |  |
| SM - Securities Manager (S12) |  | ▢ |  |  |  |  |  |  |
| **REGISTRATION CATEGORY** | **NASD** | **NYSE** | **AMEX** | **BSE** | **CSE** | **PCX** | **CBOE** | **CH** |
| AR - Assistant Representative/Order Processing (S11) | ▢ |  |  |  | ▢ |  |  | ▢ |
| IE - Limited Registered Representative (S17) | ▢ | ▢ | ▢ |  |  | ▢ | ▢ |  |
| DR - Direct Participation Program Representative (S22) | ▢ | ▢ |  |  | ▢ |  |  | ▢ |
| GP - General Securities Principal (S24) | ▢ |  |  | ▢ | ▢ |  |  | ▢ |
| IP - Investment Company and Variable Contracts Products Principal (S26) | ▢ |  |  |  | ▢ |  |  |  |
| FA - Foreign Associate | ▢ |  |  |  |  |  |  |  |
| FN - Financial and Operations Principal (S27) | ▢ |  |  | ▢ | ▢ |  | ▢ | ▢ |
| FI - Introducing Broker-Dealer/Financial and Operations Principal (S28) | ▢ |  |  |  | ▢ |  |  | ▢ |
| **REGISTRATION CATEGORY** | **NASD** | **NYSE** | **AMEX** | **BSE** | **CSE** | **PCX** | **CBOE** | **CH** |
| DP - Direct Participation Program Principal (S39) | ▢ |  |  |  | ▢ |  |  | ▢ |
| OR - Options Representative (S42) | ▢ |  |  | ▢ |  |  |  | ▢ |
| MR - Municipal Securities Representative (S52) | ▢ | ▢ |  |  | ▢ |  |  | ▢ |
| MP - Municipal Securities Principal (S53) | ▢ |  |  |  | ▢ |  |  | ▢ |
| CS - Corporate Securities Representative (S62) | ▢ |  |  |  | ▢ |  |  | ▢ |
| RG - Government Securities Representative (S72) | ▢ |  |  |  |  |  |  |  |
| PG - Government Securities Principal (S73) | ▢ |  |  |  |  |  |  |  |
| SA - Supervisory Analyst (S16) |  | ▢ |  |  |  |  |  |  |
| PR - Limited Representative - Private Securities Offerings (S82) | ▢ |  |  |  |  |  |  |  |
| **REGISTRATION CATEGORY** | **NASD** | **NYSE** | **AMEX** | **BSE** | **CSE** | **PCX** | **CBOE** | **CH** |
| CD - Canada-Limited General Securities Registered Representative (S37) | ▢ | ▢ |  |  |  |  | ▢ |  |

EXHIBIT F -- REDACTED

ML001395

| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CH |
|---|---|---|---|---|---|---|---|---|
| CN - Canada-Limited General Securities Registered Representative (S38) | ☐ | ☐ | | | | | ☐ | |
| ET - Equity Trader (S55) | ☐ | | | | ☐ | | | |
| AM - Allied Member | | ☐ | ☐ | | | | | |
| AP - Approved Person | | ☐ | ☐ | | | | | |
| LE - Securities Lending Representative | | ☐ | | | | | | |
| LS - Securities Lending Supervisor | | ☐ | | | | | | |
| ME - Member Exchange | | ☐ | ☐ | ☐ | ☐ | | | |
| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CH |
| FE - Floor Employee | | ☐ | ☐ | ☐ | ☐ | | | |
| OF - Officer | | ☐ | | | | ☐ | | |
| CO - Compliance Official (S14) | | ☐ | | | | | | |
| CF - Compliance Official Specialist (S14A) | | ☐ | | | | | | |
| PM - Floor Member Conducting Public Business | | ☐ | ☐ | | | | | |
| PC - Floor Clerk Conducting Public Business | | ☐ | ☐ | | | | | |
| SC - Front Line Specialist Clerk | | ☐ | | | | | | |
| TA - Trading Assistant | | ☐ | | | | | | |
| Other _____ (Paper Form Only) | | | | | | | | |

Rev. For

## 5. JURISDICTION REGISTRATION

**Check appropriate jurisdiction(s) for AG (Broker Dealer Agent) and/ (Investment Adviser Representative) registration requests.**

| JURISDICTION | AG | RA | JURISDICTION | AG | RA | JURISDICTION | AG | RA | JURISDIC |
|---|---|---|---|---|---|---|---|---|---|
| Alabama | ☐ | ☐ | Illinois | ☐ | ☐ | Montana | ☐ | ☐ | Puerto R |
| Alaska | ☐ | ☐ | Indiana | ☐ | ☐ | Nebraska | ☐ | ☐ | Rhode Island |
| Arizona | ☐ | ☐ | Iowa | ☐ | ☐ | Nevada | ☐ | ☐ | South Carolina |
| Arkansas | ☐ | ☐ | Kansas | ☐ | ☐ | New Hampshire | ☐ | ☐ | South Dakota |
| California | ☑ | ☑ | Kentucky | ☐ | ☐ | New Jersey | ☐ | ☐ | Tenness |
| Colorado | ☐ | ☐ | Louisiana | ☐ | ☐ | New Mexico | ☐ | ☐ | Texas |
| Connecticut | ☐ | ☐ | Maine | ☐ | ☐ | New York | ☐ | ☐ | Utah |
| Delaware | ☐ | ☐ | Maryland | ☐ | ☐ | North Carolina | ☐ | ☐ | Vermont |
| District of Columbia | ☐ | ☐ | Massachusetts | ☐ | ☐ | North Dakota | ☐ | ☐ | Virginia |
| Florida | ☐ | ☐ | Michigan | ☐ | ☐ | Ohio | ☐ | ☐ | Washing |
| | | | Minnesota | ☐ | ☐ | | | | |
| | | | Mississippi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Georgia | ☐ ☐ | | ☐ ☐ | Oklahoma | ☐ ☐ | West Virginia |
| Hawaii | ☐ ☐ | Missouri | ☐ ☐ | Oregon | ☐ ☐ | Wisconsi |
| Idaho | ☐ ☐ | | | Pennsylvania | ☐ ☐ | Wyomin |

**AGENT OF THE ISSUER REGISTRATION (AI)** ☐ Indicate 2 letter *jurisdictio*
(s):_____

Rev. For

### 6. REGISTRATION REQUESTS WITH AFFILIATED FIRMS

Will applicant maintain registration with firm(s) under common ownership or cont filing firm?
If "yes", Please fill in the details to indicate a request for registration with additio
☐ Yes ☒ No

No Information Filed

Rev. For

### 7. EXAMINATION REQUESTS

**Scheduling or Rescheduling Examinations** Complete this section only if you ar or rescheduling an examination or continuing education session. Do not select the 65 examinations in this section if you have completed Section 5 (JURISDICTION REGISTRATION) and have selected registration in a *jurisdiction*. If you have compl 5 (JURISDICTION REGISTRATION), and requested a Broker Dealer Agent (AG) reg *jurisdiction* that requires that you pass the Series 63 examination, a Series 63 exa be automatically scheduled for you upon submission of this Form U-4. If you have Section 5 (JURISDICTION REGISTRATION), and requested an Investment Adviser Representative (RA) registration in a *jurisdiction* that requires that you pass the Se examination, a Series 65 examination will be automatically scheduled for you upon of this Form U-4.

| | | | | | |
|---|---|---|---|---|---|
| ☐ S3 | ☐ S11 | ☐ S22 | ☐ S32 | ☐ S53 | ☐ |
| ☐ S4 | ☐ S12 | ☐ S24 | ☐ S33 | ☐ S55 | |
| ☐ S5 | ☐ S14 | S25 | ☐ S37 | ☐ S62 | ☐ |
| ☐ S6 | | ☐ S26 | ☐ S38 | ☐ S63 | |
| ☐ S7 | S14A | ☐ S27 | ☐ S39 | ☐ S65 | ☐ |
| S7A | ☐ S15 | ☐ S28 | ☐ S42 | ☒ S66 | |
| ☐ S9 | ☐ S16 | ☐ S30 | ☐ S52 | ☐ S72 | ☐ |
| ☐ S10 | ☐ S17 | ☐ S31 | | S73 | |
| | S21 | | | | |

Other _____ (Paper Form Only)

OPTIONAL: Foreign Exam City _____ Date(MM/DD/YYYY)_

If you have taken an exam prior to registering through the CRD system please ent exam type and date taken.
**Exam type:**     **Date taken (MM/DD/YYYY):**

Rev. For

## 8. PROFESSIONAL DESIGNATIONS

Select each designation you currently maintain.

- ☐ Certified Financial Planner
- ☐ Chartered Financial Consultant (ChFC)
- ☐ Personal Financial Specialist (PFS)
- ☐ Chartered Financial Analyst (CFA)
- ☐ Chartered Investment Counselor (CIC)

Rev. For

## 9. IDENTIFYING INFORMATION/NAME CHANGE

**First Name:** RYAN
**Middle Name:** JAMES
**Last Name:** CALLAN

**Suffix JR./SR., etc.:**
**Date of Birth (MM/DD/YYYY):** ▮▮ 1974

**State/Province of Birth:** CALIFORNIA
**Country of Birth:** USA
**Sex:** ● Male ○ Female

**Height (ft):** 5
**Height (in):** 11
**Weight (lbs):** 160

**Hair Color:** BROWN
**Eye Color:** HAZEL

Rev. For

## 10. OTHER NAMES

No Information Filed

Rev. For

## 11. RESIDENTIAL HISTORY

Starting with the current address, give all addresses for the past 5 years. Report c they occur.

| From | To | Street (Do not use a P.O. Box) | City | State | Country | P |
|------|----|----|------|-------|---------|---|
| ███ | ███ | ███████████████ | ███████ | ███ | ███ | ███ |

Rev. For

## 12. EMPLOYMENT HISTORY

Provide complete employment history for the past 10 years. Include the *firm(s)* no Section 1 (GENERAL INFORMATION) and Section 6 (REGISTRATION REQUESTS WI AFFILIATED FIRMS). Include all *firm(s)* from Section 3 (REGISTRATION WITH UNA FIRMS). Account for all time including full and part-time employments, self employ military service, and homemaking. Also include statuses such as unemployed, full- education, extended travel, or other similar statuses.
Report changes as they occur.

| From | To | Name of Company or Firm | Investment-Related business? | City | State | Country | Positio |
|---|---|---|---|---|---|---|---|
| 02/2002 | | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | ⦿ Yes ○ No | SAN DIEGO | CA | USA | FINL AD |
| 04/2001 | 01/2002 | WESTERN FINANCIAL PLANNING CORP. | ⦿ Yes ○ No | SAN DIEGO | CA | USA | REAL ESTATE SALES |
| 04/2001 | 01/2002 | WESTERN FINANCIAL PLANNING CORP. | ⦿ Yes ○ No | SAN DIEGO | CA | USA | REAL ESTATE SALES |
| 10/2001 | 01/2002 | WFP SECURITIES | ⦿ Yes ○ No | SAN DIEGO | CA | USA | REGIST REPRES |
| 02/2001 | 04/2001 | UNEMPLOYED | ○ Yes ⦿ No | SAN DIEGO | CA | USA | NONE - UNEMP |
| 09/2000 | 02/2001 | WEBLINK WIRELESS | ○ Yes ⦿ No | SAN DIEGO | CA | USA | ACCOU MANAG |
| 07/2000 | 09/2000 | UNEMPLOYED | ○ Yes ⦿ No | TAHOE VISTA | CA | USA | NONE - UNEMP |
| 04/1999 | 07/2000 | PREFERRED CAPITAL | ○ Yes ⦿ No | CRYSTAL BAY | NV | USA | ACCOU MANAG |
| 09/1997 | 04/1999 | PATAGONIA | ○ Yes ⦿ No | RENO | NV | USA | CUSTOM SERVIC |
| 06/1997 | 09/1997 | UNEMPLOYED | ○ Yes ⦿ No | RENO | NV | USA | NONE - UNEMP |
| 08/1992 | 06/1997 | UNIVERSITY OF NEVADA | ○ Yes ⦿ No | RENO | NV | USA | STUDEN |
| 05/1990 | 08/1992 | MUSIC MAKER STUDIO | ○ Yes ⦿ No | ANAHEIM | CA | USA | SALES |

Rev. For

## 13. OTHER BUSINESS

Are you currently engaged in any other business either as a proprietor, partner, of director, employee, trustee, agent or otherwise? (Please exclude non *investment-r* activity which is exclusively charitable, civic, religious or fraternal and is recognized exempt.) If YES, Please provide the following details: the name of the other busine this business is *investment-related*, the address of the other business, the nature o business, your position, title, or relationship with the other business, the start and your relationship, the approximate number of hours/month devoted to the other bu number of hours devoted to the other business during securities trading hours, and describe your duties relating to the other business.

○ Yes ⦿ No

https://filing.crd.nasdr.com/FRMa/U4U5/CRD_FRM_U4U5ViewHist.asp?FL=0&FR=0&RefNum=7  5/17/02

EXHIBIT F -- REDACTED

ML001399

Rev. For

| 14. DISCLOSURE QUESTIONS |
|---|
| IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IS 'YES', COMPLETE DETAILS OF ALL PROCEEDINGS ON APPROPRIATE DRP(S) |
| REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U-4 INSTRUCT EXPLANATIONS OF ITALICIZED TERMS. |

**Criminal Disclosure**

**14A. (1) Have you ever:**
  (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to any *felony*?
  (b) been *charged* with any *felony*?

**(2) Based upon activities that occurred while you exercised *control* o it, has an organization ever:**
  (a) been convicted of or pled guilty or nolo contendere ('no contest') in a domestic or foreign court to any *felony*?
  (b) been *charged* with any *felony*?

**14B. (1) Have you ever:**
  (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving:* investments or an *investment-related* business or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury forgery, counterfeiting, extortion, or a conspiracy to commit any of th offenses?
  (b) been *charged* with a *misdemeanor* specified in 14B(1)(a)?

**(2) Based upon activities that occurred while you exercised *control* o it, has an organization ever:**
  (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to a *misdemeanor* specified in 14B(1)(a)?
  (b) been *charged* with a *misdemeanor* specified in 14B(1)(a)?

**Regulatory Disciplinary Actions**

**14C. Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever:**
  (1) *found* you to have made a false statement or omission?
  (2) *found* you to have been *involved* in a violation of its regulations or statute
  (3) *found* you to have been a cause of an *investment-related* business having authorization to do business denied, suspended, revoked, or restricted?
  (4) entered an *order* against you in connection with *investment-related* activi
  (5) imposed a civil money penalty on you, or *ordered* you to cease and desis from any activity?

**14D. Has any other Federal regulatory agency or any state regulatory agen or *foreign financial regulatory authority* ever:**
  (1) *found* you to have made a false statement or omission or been dishonest unfair or unethical?
  (2) *found* you to have been *involved* in a violation of *investment-related*

EXHIBIT F -- REDACTED

ML001400

regulation(s) or statute(s)?

(3) *found* you to have been a cause of an *investment-related* business having authorization to do business denied, suspended, revoked or restricted?

(4) entered an *order* against you in connection with an *investment-related* activity?

(5) denied, suspended, or revoked your registration or license or otherwise, b *order*, prevented you from associating with an *investment-related* busine or restricted your activities?

**14E. Has any *self-regulatory organization* or commodities exchange ever:**

(1) *found* you to have made a false statement or omission?

(2) *found* you to have been *involved* in a violation of its rules (other than a violation designated as a *"minor rule violation"* under a plan approved by U.S. Securities and Exchange Commission)?

(3) *found* you to have been the cause of an *investment-related* business havi its authorization to do business denied, suspended, revoked or restricted?

(4) disciplined you by expelling or suspending you from membership, barring suspending your association with its members, or restricting your activitie

**14F. Has your authorization to act as an attorney, accountant or federal contractor ever been revoked or suspended?**

**14G. Have you been notified, in writing, that you are now the subject of an**

(1) regulatory complaint or *proceeding* that could result in a "yes" answer to part of 14C, D or E? *(If yes, complete the Regulatory Action Disclosure Reporting Page.)*

(2) *investigation* that could result in a "yes" answer to any part of 14A, B, C, or E? *(If yes, complete the Investigation Disclosure Reporting Page.)*

### Civil Judicial Actions

**14H. (1) Has any domestic or foreign court ever:**

(a) *enjoined* you in connection with any *investment-related* activity?

(b) *found* that you were *involved* in a violation of any *investment-related* statute(s) or regulation(s)?

(c) dismissed, pursuant to a settlement agreement, an *investment-relate* civil action brought against you by a state or *foreign financial regulat* authority?

**(2) Are you named in any pending *investment-related* civil action tha could result in a "yes" answer to any part of 14H(1)?**

### Customer Complaints

**14I. (1) Have you ever been named as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigatio which alleged that you were *involved* in one or more *sales practic violations* and which:**

(a) is still pending, or;

(b) resulted in an arbitration award or civil judgment against you, regardl of amount, or;

(c) was settled for an amount of $10,000 or more?

**(2) Have you ever been the subject of an *investment-related*, consum initiated complaint, not otherwise reported under question 14I(1)**

https://filing.crd.nasdr.com/FRMa/U4U5/CRD_FRM_U4U5ViewHist.asp?FL=0&FR=0&RefNum=7  5/17/02

EXHIBIT F -- REDACTED

ML001401

above, which alleged that you were *involved* in one or more *sales practice violations*, and which complaint was settled for an amoun of $10,000 or more?

(3) Within the past twenty four (24) months, have you been the subje of an *investment-related*, consumer-initiated, written complaint, n otherwise reported under question 14I(1) or (2) above, which:

  (a) alleged that you were *involved* in one or more *sales practice violations* and contained a claim for compensatory damages of $5,000 or more ( no damage amount is alleged, the complaint must be reported unless firm has made a good faith determination that the damages from the alleged conduct would be less than $5,000), or;

  (b) alleged that you were *involved* in forgery, theft, misappropriation or conversion of funds or securities?

### Terminations

**14J.** Have you ever voluntarily *resigned*, been discharged or permitted to *resign* after allegations were made that accused you of:

(1) violating *investment-related* statutes, regulations, rules, or industry standards of conduct?

(2) fraud or the wrongful taking of property?

(3) failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct?

### Financial

**14K.** Within the past 10 years:

(1) have you made a compromise with creditors, filed a bankruptcy petition o been the subject of an involuntary bankruptcy petition?

(2) based upon events that occurred while you exercised *control* over it, has organization made a compromise with creditors, filed a bankruptcy petitio or been the subject of an involuntary bankruptcy petition?

(3) based upon events that occurred while you exercised *control* over it, has broker or dealer been the subject of an involuntary bankruptcy petition, o had a trustee appointed, or had a direct payment procedure initiated und the Securities Investor Protection Act?

**14L.** Has a bonding company ever denied, paid out on, or revoked a bond you?

**14M.** Do you have any unsatisfied judgments or liens against you?

Rev. For

### 15. SIGNATURE SECTION

Please Read Carefully

All signatures required on this Form U-4 filing must be made in this section.

A "signature" includes a manual signature or an electronically transmitted equivale purposes of an electronic form filing, a signature is effected by typing a name in t designated signature field. By typing a name in this field, the signatory acknowled represents that the entry constitutes in every way, use, or aspect, his or her legal signature.

| | |
|---|---|
| 15A | INDIVIDUAL/APPLICANT'S ACKNOWLEDGMENT AND CONSENT<br>This section must be completed on all initial or Temporary Registration form |
| 15B | FIRM/APPROPRIATE SIGNATORY REPRESENTATIONS<br>This section must be completed on all initial or Temporary Registration form |
| 15C | TEMPORARY REGISTRATION ACKNOWLEDGMENT<br>This section must be completed on Temporary Registration form filings to b receive Temporary registration. |
| 15D | INDIVIDUAL/APPLICANT'S AMENDMENT ACKNOWLEDGMENT AND CONSENT<br>This section must be completed on any amendment filing that amends any in Section 14 (Disclosure Questions) or any Disclosure Reporting Page (DRP |
| 15E | FIRM/APPROPRIATE SIGNATORY AMENDMENT REPRESENTATIONS<br>This section must be completed on all amendment form filings. |
| 15F | FIRM/APPROPRIATE SIGNATORY CONCURRENCE<br>This section must be completed to concur with a U4 filing made by another (IA/BD) on behalf of an individual that is also registered with that other firm |

### 15A. INDIVIDUAL/APPLICANT'S ACKNOWLEDGEMENT AND CONSE

1. I swear or affirm that I have read and understand the items and instructions o and that my answers (including attachments) are true and complete to the be knowledge. I understand that I am subject to administrative, civil or criminal p give false or misleading answers.

2. I apply for registration with the *jurisdictions* and *SROs* indicated in Section 4 ( REGISTRATION) and Section 5 (JURISDICTION REGISTRATION) as may be am time to time and, in consideration of the *jurisdictions* and *SROs* receiving and my application, I submit to the authority of the *jurisdictions* and *SROs* and agr comply with all provisions, conditions and covenants of the statutes, constituti certificates of incorporation, by-laws and rules and regulations of the *jurisdicti SROs* as they are or may be adopted, or amended from time to time. I further subject to and comply with all requirements, rulings, orders, directives and de and penalties, prohibitions and limitations imposed by the *jurisdictions* and SR to right of appeal or review as provided by law.

3. I agree that neither the *jurisdictions* or *SROs* nor any person acting on their b be liable to me for action taken or omitted to be taken in official capacity or in of employment, except as otherwise provided in the statutes, constitutions, ce incorporation, by-laws or the rules and regulations of the *jurisdictions* and SRO

4. I authorize the *jurisdictions* and *SROs* to give any information they may have me to any employer or prospective employer, any federal, state or municipal a any other *SRO* and I release the *jurisdictions* and *SROs* and any person acting behalf from any and all liability of whatever nature by reason of furnishing suc information.

5. I agree to arbitrate any dispute, claim or controversy that may arise between firm, or a customer, or any other person, that is required to be arbitrated und constitutions, or by-laws of the *SROs* indicated in Section 4 (SRO REGISTRATI be amended from time to time and that any arbitration award rendered agains be entered as a judgment in any court of competent *jurisdiction*.

6. For the purpose of complying with the laws relating to the offer or sale of secu commodities, I irrevocably appoint the administrator of each *jurisdiction* indica Section 5 (JURISDICTION REGISTRATION) as may be amended from time to t such other person designated by law, and the successors in such office, my at whom may be served any notice, process, pleading, subpoena or other docum action or *proceeding* against me arising out of or in connection with the offer o securities or commodities, or investment advisory activities or out of the viola alleged violation of the laws of such *jurisdictions*. I consent that any such actio

https://filing.crd.nasdr.com/FRMa/U4U5/CRD_FRM_U4U5ViewHist.asp?FL=0&FR=0&RefNum=7   5/17/02

EXHIBIT F -- REDACTED

ML001403

proceeding against me may be commenced in any court of competent *jurisdict* proper venue by service of process upon the appointee as if I were a resident been lawfully served with process in, the *jurisdiction*. I request that a copy of process, pleading, subpoena or other document served hereunder be mailed t current residential address as reflected in this form or any amendment thereto

7. I consent that the service of any process, pleading, subpoena, or other docum *investigation* or administrative *proceeding* conducted by the SEC, CFTC or a *ju* in any civil action in which the SEC, CFTC or a *jurisdiction* are plaintiffs, or the any *investigation* or *proceeding* by any *SRO* against the applicant, may be ma personal service or by regular, registered or certified mail or confirmed telegra my most recent business or home address as reflected in this Form U-4, or an amendment thereto, by leaving such documents or notice at such address, or other legally permissible means.

I further stipulate and agree that any civil action or administrative *proceeding* by the SEC, CFTC or a *jurisdiction* may be commenced by the service of proce described herein, and that service of an administrative subpoena shall be effec service, and that service as aforesaid shall be taken and held in all courts and administrative tribunals to be valid and binding as if personal service thereof h made. [*System Note: Due to a form conversion error, the preceding sentence omitted from the electronic version of this Form U-4 for filings made through W from August 16, 1999 to October 13, 2000.*]

8. I authorize all my employers and any other person to furnish to any *jurisdictio* employer, prospective employer, or any agent acting on its behalf, any inform have, including without limitation my creditworthiness, character, ability, busi activities, educational background, general reputation, history of my employm the case of former employers, complete reasons for my termination. Moreover each employer, former employer and each other person from any and all liabil whatever nature, by reason of furnishing any of the above information, includi information reported on the Uniform Termination Notice for Securities Industry Registration (Form U-5). I recognize that I may be the subject of an investiga consumer report and waive any requirement of notification with respect to any investigative consumer report ordered by any *jurisdiction, SRO, designated en* employer, or prospective employer. I understand that I have the right to requ complete and accurate disclosure by the *jurisdiction, SRO, designated entity*, e prospective employer of the nature and scope of the requested investigative c report.

9. I understand and certify that the representations in this form apply to all emp whom I seek registration as indicated in Section 1 (GENERAL INFORMATION) (REGISTRATION REQUESTS WITH AFFILIATED FIRMS) of this form. I agree to form by causing an amendment to be filed on a timely basis whenever change answers previously reported. Further, I represent that, to the extent any infor previously submitted is not amended, the information provided in this form is accurate and complete.

10. I authorize any employer or prospective employer to file electronically on my b information required in this form or any amendment thereto; I certify that I h reviewed and approved the information to be submitted to any *jurisdiction* or Form U-4 Application; I agree that I will review and approve all disclosure info that will be filed electronically on my behalf; I further agree to waive any obje admissibility of the electronically filed records in any criminal, civil, or adminis *proceeding*.

Applicant or applicant's agent has typed applicant's name under this section to att completeness and accuracy of this record. The applicant recognizes that this typed constitutes, in every way, use or aspect, his or her legally binding signature.

https://filing.crd.nasdr.com/FRMa/U4U5/CRD_FRM_U4U5ViewHist.asp?FL=0&FR=0&RefNum=7   5/17/02

EXHIBIT F -- REDACTED

ML001404

(All applicants must execute this page.)

Date (MM/DD/YYYY): 05/17/2002

Signature of Applicant
RYAN CALLAN
Signature

### 15B. FIRM/APPROPRIATE SIGNATORY REPRESENTATIONS

To the best of my knowledge and belief, the applicant is currently bonded where r and, at the time of approval, will be familiar with the statutes, constitution(s), rule laws of the agency, *jurisdiction* or *SRO* with which this application is being filed, an governing registered persons, and will be fully qualified for the position for which a is being made herein. I agree that, notwithstanding the approval of such agency, *j* or *SRO* which hereby is requested, I will not employ the applicant in the capacity s herein without first receiving the approval of any authority that may be required b

This firm has communicated with all of the applicant's previous employers for the years and has documentation on file with the names of the persons contacted and contact. In addition, I have taken appropriate steps to verify the accuracy and com of the information contained in and with this application.

I have provided the applicant an opportunity to review the information contained h the applicant has approved this information and signed the Form U-4.

The *appropriate signatory* area **must** be completed on all initial, amendment or Te Registration filings.

The *appropriate signatory* area for Page 1 or Page 2 amendments consists of the d signature and name lines below.

The *applicant* and *appropriate signatory* areas for Page 3 amendments consist of t signature and name lines for the *appropriate signatory* below and the date, signat name lines for the *applicant* above.

The *applicant* and *appropriate signatory* areas for initial or Temporary Registration consist of the date, signature and name lines for the *appropriate signatory* below, with the attestations that precede such lines, and the date, signature and name lin *applicant* above, together with the ten (10) numbered attestations that precede su the *applicant*. For a Temporary Registration, *applicant* must also execute the Temp Registration Acknowledgement.

Date (MM/DD/YYYY): 05/17/2002

Signature of Appropriate Signatory
KAREN MERKER
Printed Name

Rev. For

**CRIMINAL DRP**

No Information Filed

Rev. For

**REGULATORY ACTION DRP**

No Information Filed

Rev. For

https://filing.crd.nasdr.com/FRMa/U4U5/CRD_FRM_U4U5ViewHist.asp?FL=0&FR=0&RefNum=7  5/17/02

EXHIBIT F -- REDACTED

ML001405