October 01, 2006 -
December 31, 2006
Page 13 of 36

Merrill Lynch & Co
CALLAN, TREVOR

Need Assistance?
Visit Website: www.benefits.ml.com
or call (800) MER-401K
Outside USA: (609) 818-8817
TDD (hearing impaired): (866) 657-3323

# RETIREMENT ACCUMULATION PLAN(RAP)

## ALLOCATION SUMMARY

The Allocation Summary details the percent of your current portfolio value invested in each investment, grouped by asset class. It also provides a summary of your selected future allocation of contributions.

Please see the "Fund Performance" section for additional funds available in your plan.

To change your asset allocation or transfer funds visit website: www.benefits.ml.com or call the toll free number.

Current allocation of your existing assets by asset class:



- 41.48% Equity - U.S.
- 12.76% Equity - International
- 45.76% Company Stock

*Future Allocation*

| FUND NAME | Ending shares | Price per share 12/31/2006 | Ending Balance 12/31/2006 | Percent of assets | Investment Direction |
|---|---|---|---|---|---|
| **EQUITY - U.S.** | | | | | |
| BlackRock Small Cap Growth Fund II Class I | 468.3371 | $14.850000 | $6,954.81 | 7.30% | 10% |
| Hotchkis & Wiley Large Cap Value Class I | 321.8407 | 25.290000 | 8,139.35 | 8.54% | 25% |
| Hotchkis & Wiley Mid Cap Value Fund Class I | 95.2132 | 29.850000 | 2,842.11 | 2.98% | 10% |
| Merrill Lynch Equity Index Trust Tier III | 43.3201 | 112.160000 | 4,858.78 | 5.10% | 10% |
| American - The Growth Fund of America | 509.0732 | 32.860000 | 16,728.15 | 17.56% | 25% |
| **EQUITY - INTERNATIONAL** | | | | | |
| Templeton Institutional Foreign Equity Series | 455.7088 | $26.670000 | $12,153.75 | 12.76% | 20% |
| **COMPANY STOCK** | | | | | |
| Merrill Lynch & Company Inc. | 468.4100 | $93.100000 | $43,608.97 | 45.76% | - |

00527441 2007012

EXHIBIT G

ML 02626