October 01, 2006 -
December 31, 2006
Page 5 of 42

Merrill Lynch & Co
CALLAN, TIM         S

Need Assistance?
Visit Website: www.benefits.ml.com
or call (800) MER-401K
Outside USA: (609) 818-8817
TDD (hearing impaired): (866) 657-3323

# 401(K) SAVINGS & INVESTMENT PLAN
## ALLOCATION SUMMARY

The Allocation Summary details the percent of your current portfolio value invested in each investment, grouped by asset class. It also provides a summary of your selected future allocation of contributions.

Please see the "Fund Performance" section for additional funds available in your plan.

To change your asset allocation or transfer funds visit website: www.benefits.ml.com or call the toll free number.

*Current allocation of your existing assets by asset class:*

- 36.53% Equity - U.S.
- 20.28% Equity - International
- 9.32% Other
- 33.87% Company Stock



*Future Allocation*



| INVESTMENT | Ending shares | Price per share 12/31/2006 | Ending Balance 12/31/2006 | Percent of assets | Investment Direction |
|---|---|---|---|---|---|
| **EQUITY - U.S.** | | | | | |
| Hotchkis & Wiley Large Cap Value Class I | 275.3045 | $25.290000 | $6,962.45 | 5.41% | 10% |
| Hotchkis & Wiley Small Cap Value Fund Class I | 120.3374 | 45.700000 | 5,499.42 | 4.27% | 5% |
| Hotchkis & Wiley Mid Cap Value Fund Class I | 206.4363 | 29.850000 | 6,162.12 | 4.79% | 5% |
| BlackRock Large Cap Core Class I | 818.1556 | 14.270000 | 11,675.09 | 9.07% | 10% |
| American - The Growth Fund of America | 508.8205 | 32.860000 | 16,719.84 | 12.99% | 10% |
| **EQUITY - INTERNATIONAL** | | | | | |
| BlackRock Global Small Cap Class I | 468.2179 | $26.060000 | $12,201.76 | 9.48% | 10% |
| Templeton Institutional Foreign Equity Series | 521.2508 | 26.670000 | 13,901.75 | 10.80% | 10% |
| **OTHER** | | | | | |
| BlackRock Global Allocation Class I | 658.5467 | $18.210000 | $11,992.14 | 9.32% | 10% |
| **COMPANY STOCK** | | | | | |
| Merrill Lynch & Company Inc. | 467.7908 | $93.100000 | $43,551.33 | 33.87% | 30% |

00527416 20070012

EXHIBIT H

ML 02511