October 01, 2006 -
December 31, 2006
Page 25 of 50

Merrill Lynch & Co
CALLAN, RYAN

Need Assistance?
Visit Website: www.benefits.ml.com
or call (800) MER-401K
Outside USA: (609) 818-8817
TDD (hearing impaired): (866) 657-3323

# RETIREMENT ACCUMULATION PLAN(RAP)

## ALLOCATION SUMMARY

The Allocation Summary details the percent of your current portfolio value invested in each investment, grouped by asset class. It also provides a summary of your selected future allocation of contributions.

Please see the "Fund Performance" section for additional funds available in your plan.

To change your asset allocation or transfer funds visit website: www.benefits.ml.com or call the toll free number.

*Current allocation of your existing assets by asset class:*



- ■ 77.79% Equity - U.S.
- ▦ 6.63% Equity - International
- ■ 13.94% Other
- ■ 1.64% Company Stock

*Future Allocation*

| FUND NAME | Ending shares | Price per share 12/31/2006 | Ending Balance 12/31/2006 | Percent of assets | Investment Direction |
|---|---|---|---|---|---|
| **EQUITY - U.S.** | | | | | |
| BlackRock Fundamental Growth Class I | 11.7546 | $19.910000 | $234.03 | 5.50% | 10% |
| BlackRock Small Cap Growth Fund II Class I | 28.0485 | 14.850000 | 416.52 | 9.79% | 15% |
| Hotchkis & Wiley Large Cap Value Class I | 3.7963 | 25.290000 | 96.01 | 2.26% | - |
| Hotchkis & Wiley Small Cap Value Fund Class I | 2.0913 | 45.700000 | 95.57 | 2.25% | - |
| Hotchkis & Wiley Mid Cap Value Fund Class I | 3.6044 | 29.850000 | 107.59 | 2.53% | - |
| Merrill Lynch Small Cap Index CIT Tier III | 19.2291 | 19.980000 | 384.20 | 9.03% | 15% |
| BlackRock Large Cap Growth Class I | 55.4406 | 10.810000 | 599.31 | 14.08% | 10% |
| BlackRock Large Cap Core Class I | 53.2657 | 14.270000 | 760.10 | 17.85% | - |
| BlackRock Value Opportunities Fund Class I | 1.6769 | 24.520000 | 41.12 | 0.97% | - |
| BlackRock Basic Value Class I | 17.2439 | 33.390000 | 575.77 | 13.53% | 20% |
| **EQUITY - INTERNATIONAL** | | | | | |
| BlackRock International Value Fund Class I | 9.0699 | $31.110000 | $282.16 | 6.63% | 10% |
| **OTHER** | | | | | |
| BlackRock Global Allocation Class I | 32.5730 | $18.210000 | $593.15 | 13.94% | 20% |

*continued...*

00527482 2007012

EXHIBIT I

ML 02476

Merrill Lynch & Co
CALLAN, RYAN

Need Assistance?
Visit Website: www.benefits.ml.com
or call (800) MER-401K
Outside USA: (609) 818-8817
TDD (hearing impaired): (866) 657-3323

# RETIREMENT ACCUMULATION PLAN(RAP)

## ALLOCATION SUMMARY continued

Future Allocation

| FUND NAME | Ending shares | Price per share 12/31/2006 | Ending Balance 12/31/2006 | Percent of assets | Investment Direction |
|---|---|---|---|---|---|
| **COMPANY STOCK** | | | | | |
| Merrill Lynch & Company Inc. | 0.7497 | $93.100000 | $69.80 | 1.64% | - |

## CONTRIBUTION SUMMARY

| SOURCE | Quarter Beginning 10/1/2006 | Year beginning 1/1/2006 | Ending balance 12/31/2006 | Percent Vested | Current vested value |
|---|---|---|---|---|---|
| Retirement Accumulation Contribution | $0.00 | $909.27 | $4,252.99 | 100.00% | $4,252.99 |
| ESOP Dividend - Employer Account | 0.00 | 0.00 | 2.34 | 100.00% | 2.34 |

## ACTIVITY SUMMARY BY FUND

| INVESTMENT | Beginning balance 10/01/2006 | Contributions, income and other credits +/- | Net Activity Transfers between investments | Withdrawals, fees and other debits +/- | Change in market value = | Ending balance 12/31/2006 |
|---|---|---|---|---|---|---|
| BlackRock Fundamental Growth Class I | $228.27 | $0.00 | $0.00 | $0.00 | $5.76 | $234.03 |
| BlackRock Small Cap Growth Fund II Class I | 397.06 | 21.95 | 0.00 | 0.00 | -2.49 | 416.52 |
| Hotchkis & Wiley Large Cap Value Class I | 88.79 | 4.22 | 0.00 | 0.00 | 3.00 | 96.01 |
| Hotchkis & Wiley Small Cap Value Fund Class I | 88.85 | 8.75 | 0.00 | 0.00 | -2.03 | 95.57 |
| Hotchkis & Wiley Mid Cap Value Fund Class I | 99.68 | 9.94 | 0.00 | 0.00 | -2.03 | 107.59 |
| BlackRock International Value Fund Class I | 258.83 | 5.00 | 0.00 | 0.00 | 18.33 | 282.16 |
| Merrill Lynch Small Cap Index CIT Tier III | 353.43 | 0.00 | 0.00 | 0.00 | 30.77 | 384.20 |
| BlackRock Large Cap Growth Class I | 562.94 | 2.13 | 0.00 | 0.00 | 34.24 | 599.31 |
| BlackRock Large Cap Core Class I | 714.00 | 14.78 | 0.00 | 0.00 | 31.32 | 760.10 |

continued...

The Contribution Summary shows your contribution history by source.