# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Trevor Callan, Timothy Callan, Ryan Callan

V.

Merrill Lynch & Co., Inc
Merrill Lynch, Pierce, Fenner & Smith Inc,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv566-BEN-BGS

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Merrill Lynch Defendants' Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment or Partial Summary Judgment are granted. Judgment is in favor of the Merrill Lunch Defendants on all causes of action.

| August 31, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ K. Hammerly |
| | (By) Deputy Clerk |
| | ENTERED ON August 31, 2010 |

09cv566-BEN-BGS